# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*

*1. que la demande a été exécutée*

— the (date)
— *le (date)* __11th April 2012__

— at (place, street, number)
— *à (localité, rue numéro)* __13, Gueate Fenech Street, Birzebbugia Malta__

— in one of the following methods authorised by article 5 —
— *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method*:

   *b) selon la forme particulière suivante :* _____

☑ (c) by delivery to the addressee, who accepted it voluntarily.*

   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

— (identity and description of person)
— *(identité et qualité de la personne)* __Rebeka Briffa__

— relationship to the addressee (family, business or other):
— *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Pièces renvoyées:* __Judicial Letter dated 26th March 2012 as amended on 9th April 2012 together with certificate of service and the notified documents__

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* __Valletta__, the / *le* __13th April 2012__

Signature and/or stamp.
*Signature et/ou cachet.*

Dr Christian Falzon Scerri
B.A., LL.D.
Advocate

2

*Delete if inappropriate.
*Rayer les mentions inutiles.*

FIL-PRIM'AWLA TAL-QORTI ĊIVILI



89/2012
**Rogatorji**

Illum 26 ta' Marzu, 2012

OFC Limited

Lil: MERCURY MANAGEMENT LIMITED (C.28103)
13, Curate Fenech Street,
Birżebbugia, BBG 2032
Malta

żieda
9.04.2012

| Reġistru | € 11 65 |
| Reġistru | € 5 82 |
| Notifika | € 1 16 |
| | € 18 63 |
| Ħlas | AG |

Bil-preżenti, l-Avukat Ġenerali bħala l-Awtorità Ċentrali għall-finijiet ta' l-Att dwar ir-Ratifika ta' Konvenzjonijiet dwar Proċeduri Legali (**Kap. 443 tal-Liġijiet ta' Malta**), filwaqt li jipproċedi fuq it-talba tal-Awtorità Rikjedenti ġewwa Portland, f'Oregon, fl-Istati Uniti tal-Amerika, abbażi tal-Konvenzjoni ta' l-Aja dwar in-Notifika Barra mill-Pajjiż ta' Dokumenti Ġudizzjarji u Estraġudizzjarji f'Affarijiet Ċivili jew Kummerċjali, qed jinnotifikak bid-dokumenti hawn annessi u s-sommarju tiegħu *ai* termini tal-**Artikolu 5 tal-imsemmija Konvenzjoni**.

Din in-notifika qed issir a tenur **tal-Artikolu 187 tal-Kodiċi ta' Organizzazzjoni u Proċedura Ċivili (Kap 12 tal-Liġijiet ta' Malta)**.

Tant biex tagħraf tirregola ruħek.

**Avv. Christian Falzon Scerri**
*Uffiċċju tal-Avukat Ġenerali*
*Valletta*

**P.L. Vanessa Magro**
*Uffiċċju tal-Avukat Ġenerali*
*Valletta*

0 9 APR 2012

Not: €6.99
Ħlas: AG

Mittenti:- L-Avukat Generali, il-Palazz, il-Belt

Notifika:- MERCURY MANAGEMENT LIMITED (C.28103)
13, Curate Fenech Street, Birżebbugia, BBG 2032, Malta

Illum 2 6 MAR 2012
ippreżentata mill- PL V Magro
bla dritt wiehed (1) dokumenti

Kenneth Grech
D/Reġistratur
Courts of Justice (Malta)

ll-ium _29-3-12_
Ngħid u niżgura li fi _29-3-12_
nnotifikajt lil _Hardery Management Ltd_
personalment billi tajtu /
billi ħallejtu fl-indirizz mogħti _B. Bofic_
............................ f'idejn _Donald Walk_

b'kopja ta' ..........................................

tana flimkien ma' estratt mill-art **5 ta' l-Att dwar**
Proċeduri Ġudizzjarji (Użu ta' l-Ilsien Ingliż), Kapitlu 60
tal-Liġijiet ta' Malta.

                        Grixti Andrew
                        Marixxel
                        Qrati tal-Ġustizzja
                        Malta

ll-ium _11-4-12_
Ngħid u niżgura li fi _11-4-12_
nnotifikajt lil _OFC Ltd_
personalment billi tajtu /
billi ħallejtu fl-indirizz mogħti _B. Bofic_
............................ f'idejn _Rebeka Bofic_

b'kopja ta' ..........................................

tana flimkien ma' estratt mill-art **5 ta' l-Att dwar**
Proċeduri Ġudizzjarji (Użu ta' l-Ilsien Ingliż), Kapitlu 60
tal-Liġijiet ta' Malta.

                        Grixti Andrew
                        Marixxel
                        Qrati tal-Ġustizzja
                        Malta

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Attorney General<br>The Palace<br>VALLETTA<br>Malta |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**At the address of:**
OFC Ltd.
Mercury Management Limited
13 Curate Fenech Street
Birzebbugia, BBG2032

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

- Executed "Summary" (2 pages)
- *** Summons in a Civil Case
- *** Class Action Complaint, with Exhibits
- *** Electronic Filing Order
- *** Notice to Counsel and Pro Se Parties
- *** Order RE: Disclosure Statement
- *** Tips for Successful CM/ECF Efiling
- *** Order on Pretrial Deadlines

Done at Portland, Oregon, USA, the 6th day of May, 2012.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

L. Celeste Ingalls

OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 446064
MY COMMISSION EXPIRES FEBRUARY 05, 2014



*Delete if inappropriate
*Rayer les mentions inutiles*

** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

*** With Maltese translation