Kawża 3:12-cv-00188-SRU Dokument 3   Infilzat 02/06/12 Paġna 1 minn 1

## Qorti Distrettwali tal-Istati Uniti
## Distrett ta' Connecticut

Azzjoni Ċivili Nru._____ (SRU)

### ORDNI TA' PREŻENTAZZJONI ELETTRONIKA

Il-Qorti tordna li l-partijiet għandhom jippreżentaw id-dokumenti kollha f'dan il-każ b'mod elettroniku. Ir-rekwiżiti li ġejjin huma imposti:

1. L-avukat għandu jikkonforma mar-Regoli Federali dwar il-Proċedura Ċivili applikabbli,ir-Regoli Lokali tad-Distrett u r-rekwiżiti stabbiliti fil-Manwal tal-Policies u Proċeduri CM/ECF tad-Distrett, u kull regola oħra u proċedura amministrattiva li jimplimentaw is-sistema CM/ECF tad-Distrett

2. 2.Sakemm ma jiġix ordnat mod ieħor, fil-jum tan-negozju ta' wara li fil-ġurnata, dokument jiġi preżentat b'mod elettroniku l-avukat għandu jippreżenta lil Kamra b'kopja ta' dokumment wieħed tad-dokumenti preżentati elettronikament:

Każijiet Ċivili:   Is-sottomissjonijiet kollha (li jinkludu sommarji u esebiti) li jsosstnu jew jopponu li ġej:

    a.   Applikazzjonijiet għall-ordnijiet ta' trażżin temporanju, inġunzjonijiet preliminarji jew rimedji qabel ma tingħata s-sentenza;
    b.   Mozzjonijiet dispożittivi (mozzjonijiet ta' rifjut jew għal sentenza sommarja);
    ċ.   Struzzjonijiet dwar talbiet ta' ġurija;
    d.   Ordnijiet ta' Konformità u ta' Qabel il-Provi;
    e.   Ġabra fil-qosor tal-provi, li jinkludu riżultati ta' fatt proposti u konklużjonijiet ta' liġi; u
    f.   **Kull preżentazzjoni oħra mitluba mill-Qorti.**

/s/ Stefan R. Underhill
Stefan R. Underhill
Imħallef Distrettwali tal-Istati Uniti

Kawża 3:12-cv-00188-SRU Dokument 4   Infilzat 02/06/12 Paġna 1 minn 5

Qorti Distrettwali tal-Istati Uniti

DISTRETT TA' CONNECTICUT

| 141 CHURCH STREET | 450 MAIN STREET | 915 LAFAYETTE BLVD |
| NEW HAVEN, CT 06510 | HARTFORD, CT 06103 | BRIDGEPORT, CT 06604 |
| (203)773-2140 | (860)240-3200 | (203)579-5861 |

AVVIŻ LILL-AVUKAT U PARTIJIET PRO SE

 IL-KAŻ MEHMUŻ ĠIE ASSENJAT LILL-IMĦALLEF DISTRETTWALI STEFAN R. UNDERHILL LI JIPPRESEDI F'BRIDGEPORT BRIDGEPORT. L-AVUKAT U L-PARTIJIET PRO SE GĦANDHOM JINFILZAW IT-TALBIET JEW DOKUMENTI FUTURI TAGĦHOM DWAR DIN IL-MATERJA MAL-UFFIĊĊJU TAR-REĠISTRATUR FI BRIDGEPORT. KULL TENTATTIV BIEX TALBIET JEW DOKUMENTI OĦRA MARBUTA MA' DIN IL-MATERJA JIĠU INFIL:ZATI MA XI SEDE TA' QORTI OĦRA DIN SER TIRRIŻULTA BIEX DAWK IT-TALBIET JEW DOKUMENTI JIĠU RIFJUTATI FIL-QORTI JEW INKELLA JIĠU RITORNATI LURA LILL-UFFIĊĊJU TIEGĦEK. ARA D.CONN. L. CIV. R. 3(a).

 L-AVUKAT U L-PARTIJIET PRO SE HUMA MĦEĠĠA ISIRU FAMILJARI U JIKKONFORMAW MAR-REGOLI FEDERALI TA' PROĊEDURA ĊIVILI, IR-REGOLI LOKALI TA' PROĊEDURA ĊIVILI GĦAD-DISTRETT TA' CONNECTICUT U ORDNIJIET PERMANENTI DWAR L-ISKEDAR F'KAŻIJIET ĊIVILI U L-PREŻENTATI TA' MEMORANDA TA' PROVI.

 L-AVUKAT U PARTIJIET PRO SE HUMA B'DAN NOTIFIKATI LI NUQQAS TA' INFILZAR U FORNIMENT TA' MEMORANDUM F'OPPOŻIZZJONI GĦAL MOZZJONI, FI ŻMIEN 21 JUM WARA L-MOZZJONI, JISTA' JKUN MIFHUM
RAĠUNI BIŻŻEJJED SABIEX TAL-MOZZJONI TINGĦATA . fIN-NUQQAS LI TIĠI PREŻENTATA U SERVUTA MEMORANDUM F'OPPOŻIZZJONI GĦAL MOZZJONI TA' ĊAĦDA FI ŻMIEN 21 JUM WARA LI TKUN ĠIET IPPREŻENTATA L-MOZZJONI TISTA' TKUN MIFHUMA BĦALA RAĠUNI SUFFIĊJENTI BIEX TINGĦATA MOZZJON ĦLIEF JEKK IT-TALBIET JIPPROVDU GĦAL BAŻI SUFFIĊJENTI BIEX IL-MOZZJONI TIĠI MIĊĦUDA, ARA D.CONN. L. CIV. R. 7(a)l

 L-AVUKAT U L-PARTIJIET PRO SE HUMA NOTIFIKATI WKOLL LI HUMA MEĦTIEĠA LI JIKKONFORMAW MAR-REKWIŻITI MARBUTA MAL-MOZZJONIJIET GĦAL SENTENZA SOMMARJA KIF STABBILIT F'FED. R. CIV. P. 56 U D.CONN. L. CIV. R. 56. PARTI TISTA' TMUR GĦAL SENTENZA SOMMARJA META L-PARTI TEMMEN LI MĦEMMX KWISTJONI ĠENWINA TA' FATT MATERJALI LI JEĦTIEĠ PROVA U L-PARTI HU INTITOLAT GĦAL SENTENZA BĦALA MATERJA TA' LIĠI. IL-MOZZJONI TISTA' TKUN DIRETTA LEJN KULL JEW PARTI MINN TALBA JEW DIFIŻA U TSTA' SSIR ABBAŻI TAT-TALBIET JEW PARTIJIET OĦRA TAR-REKORD FIL-KAŻ JEW TISTA' TIĠI APPOĠĠATA B'AFFIDAVITS U MATERJAL IEĦOR LI JKUN LIL HINN MIT-TALBIET.

 META PARTI LI TKUN QED TITLOB GĦAL SENTENZA SOMMARJA ("IL-PARTI MOVENTI") TIPPREŻENTA AFFIDAVIT T'APPOĠĠ, IL-PARTI LI TKUN QED TOPPONI SENTENZA SOMMARJA GĦANDHA TIPPREŻENTA AFFIDAVIT, JEW KULL XHIEDA DOKUMENTATA, LI JIKKONTRADIXXI S-SOTTOMISSJONIJIET TAL-PARTI MOVENTI SABIEX TURI LI TASSEW HEMM KWISTJONIJIET FATTWALI LI JEĦTIEĠU JIĠU PPRUVATI. FATTI ALLEGATI FL-AFFIDAVIT(S) TAL-PARTI MOVENTI SER JITTIEĦDU BĦALA VERI JEKK MA JIĠUX KONTROVERTIT B'AFFIDAVITS KONTRARJI JEW EVIDENZA DOKUMENTARJA OĦRA.

 IR-REGOLA ĊIVILI 56(a) TITLOB LI L-PARTI LI JIPPREŻENTA SENTENZA SOMMARJA TIPPREŻENTA DOKUMENT INTITOLAT "DIKJARAZZJONI TA' REGOLA LOKALI 56(a)l." LI TISTABILIXXI F'PARAGRAFI NUMERATI SEPARATANENT DIKJARAZZJONI KONĊIŻA TA' KULL FATT MATERJALI, LI GĦALIH IL-PARTI MOVENTI SSOSTNI LI MĦEMMX KWISTJONI ĠENWINA LI TRID TIĠI PPRUVATA. IL-FATTI MATERJALI STIPULATI F'DIN ID-DIKJARAZZJONI TITQIES LI HIJA AMMESSA SAKEMM MA TIĠIX KONTRVERTITA BID-"DIKJARAZZJON TA' REGOLA LOKALI 56(a)2 " LI TKUN MEĦTEĠ LI TIĠI PPREŻENTATA MILL-PARTI OPPOSTA. IL-PARAGRAFI FID-DIKJARAZZJONI 56(a)2 GĦANDHOM JIKKORESPONDU MAD-DIKJARAZZJONI 56(a)l U GĦANDHOM JIDDIKJARAW JEKK IL-FATTI ALLEGATI MILL-PARTI MOVENTI HUMIEX AMMESSI JEW MIĊĦUDA. ID-DIKJARAZZJONI TA' REGOLA LOKALI 56(a)2 GĦANDHA TINKLUDI F'TAQSIMA DIFFERENTI LISTA TA' KULL KWISTJONI TA' FATT MATERJALI LI GĦALIH SOSTNIET HEMM KWISTJONI ĠENWINA LI TRID TIĠI PPRUVATA.

(IKOMPLI WARA)

Kawża 3:12-cv-00188-SRU Dokument 4   Infilzat 02/06/12 Paġna 2 minn 5

     L-AVUKAT U L-PARTIJIET PRO SE HUMA MGĦARRFA DWAR IL-ĦTIĠIJIET TA' RE FED. R. CIV. P. 26(1) U R-REGOLA ĊIVILI 26, LI JEĦTIEĠU LI L-PARTIJIET IMEXXU KONFERENZA GĦALL-IPPJANAR TAL-ĠESTJONI TAL-KAWŻA U JIPPREPARAW U JIPPREŻENTAW RAPPORT TAL-KONFERENZA FIL-FORMULA 26(0 LI TIDHER FL-APPENDIĊI TAR-REGOLI LOKALI.

     L-AVUKAT U L-PARTIJIET PRO SE HUMA RAKKOMANDATI WKOLL LI JISTGĦU JITOLBU LI L-KAWŻA TAGĦHOM TIĠI RIFERUTA LIL MAĠISTRAT IMĦALLEF TAL-ISTATI UNITI . ARA 28 UJ5.C. 636 U REGOLA 77.2 TAR-REGOLI LOKALI DWAR MAĠISTRATI IMĦALLFIN TAL-ISTATI UNITI.

                                                      ROBERTA D. TABORA, REĠISTRAUR

(Rivedut 10/1/07)

QORTI DISTRETTWALI TAL-ISTATI UNITI

DISTRETT TA' CONNECTICUT

ORDNI RE: DIKJARAZZJONI TA' ŻVELAR

KULL PARTI MHIX GOVERNATTVA, KORPORALI GĦAL AZZJONI F'DIN IL-QORTI GĦANDHA TIPPREŻENTA DIKJARAZZJONI LI TIDENTIFIKA L-KORPORAZZJONIJIET EWLENIEN KOLLHA TAGĦHA U TELENKA KULL KUMPANIJA KKWOTATA FIL-BORŻA LI GĦANDHA 10% JEW AKTAR TAL-ISTOKK TAL-PARTI. IL-PARTI GĦANDHA TIPPREŻENTA DIKJARAZZJONI BIT-TALBA INIZJALI PPREŻENTATA FIL-QORTI U GĦANDHA TISSUPLIMENTA D-DIKJARAZZJONI FI ŻMIEN RAĠONEVOLI DWAR KULL BIDLA FL-INFORMAZZJONI. L-AVUKAT GĦANDU JEHMEŻ SERVIZZ TAD-DIKJARAZZJONI B'MOD KONFORMI MAR-REGOLA LOKALI 5(b). L-AVUKAT GĦALL-ATTUR JEW KONVENUT QED JITNEĦĦA GĦANDU JKUN RESPONSABBLI BIEX ISERVI KOPJA TA' DIN L-ORDNI LIL PARTIJIET KOLLHA GĦALL-AZZJONI.

B'ORDNI TAL-QORTI

ROBERTA D. TABORA, REĠISTRATUR

(Rivedut 10/1/07)

Kawża 3:12-cv-00188-SRU Dokument 4 Infilzat 02/06/12 Paġna 4 minn 5

## Qorti Distrettwali tal-Istati Uniti
## DISTRETT TA' CONNECTICUT

## SUĠĠERIMENTI GĦAL PREŻENTAZZJONI ELETTRONIKA GĦAL CM/ECF B'SUĊĊESS

* Ma tistax tinfilza elettronikament fuq kawża permezz tal-login u password ta' PACER tiegħek. Biex tinfilza elettronikament fuq kawża, irid ikollok (1) login u password ta' PACER u (2) login u password ta' ECF (għandek bżonn it-tnejn). Biex tikseb login / password ta' ECF hu meħtieġ numru tal-qorti ta' Connecticut u l-formola ta' reġistrazzjoni (disponibbli minn fuq is-sit elettroniku tagħna) għandha timtela u tinrbagħad bil-faks lil 203-773-2334. Wara ll l--formola mimlija tkun waslet, ser tintbagħat posta elettronika lilek b'login/password tal-ECF.

* M'għandekx tippreżenta eletronikament fuq każ li <u>ma jkunx ġie innominat</u> bħala kawża li trid tiġi infilzata eletronikament. Jekk ma jkunx jemm bandiera tal-preżentazzjoni elettronika, M'GĦANDEKX TINFILZA ELETTRONIKAMENT FUQ IL-KAWŻA!

* Tipprovax tir-re-docket xi ħaġa li taħseb li tkun għamilt inkorrettament.
Ċempel lill-Uffiċċju tar-Reġistratur għal għajnuna qabel ma tipprova tagħmel xi korrezzjonijiet!

* Meta tippreżenta elettronikament Memorandum b'Appoġġ/ Oppożizzjoni/ Risposta/ Affidavit/ Esebit marbut ma' Mozzjoni għandek torbot il-memo/risposta/affidavit/esebit mal-mozzjoni fl-isfond.

* Kun żgur li d-dokument PDF ma jaqbiżx 5000 KB, jista' jinqara, huwa dak korrett li jrid jiġi infilzat u għandu in-naħa tal-lemin 'il fuq jekk skanjat.

* Tużax il-apostrofu jew it-tilde fit-test tad-daħla.

* Meta tinfilza dokumenti f'każ kriminali b'diversi imputati, kun żgur li timmarka BISS il-kaxxa għall-imputat(i) li <u>tirrelata mad-dokument li inti qed tippreżenta elettronikament,</u> u mhux il-kawża kollha

* Inkludi l-firma elettronika tiegħek *(/s/segwita b'ismek)* fuq il-linja firmatorja kemm għad-dokument u l-attestazzjoni għas-servizz.

* TAGĦRIF IMPORTANTI DWAR L-ATT FUQ IL-PRIVATEZZA: Kull infilzar mal-qorti - li jinkludi dokumenti mehmuża - għandhom jikkonformaw ma' Fed. R. Civ. P. 5.2 jew Fed. R. Crim. P. 49.1: in-numri tas-Sigurtà Soċjali jew tal-identifikazzjoni tal-persuna li tħallas it-Taxxi; dati tat-twelid; ismijiet ta' tfal minorenni; numri ta' kontijiet finanzjarji; u indirizzi tad-dar f'każijiet kriminali jstgħu ma jidhrux, għajr jekk permess bir-regola applikabbli

<u>Affidavits</u>
Affidavits jistgħu jiġu infilzat elettronikament bil-paġna firmatorja skanjata jew b'/s/ fuq il-linja firmatorja. Jekk l-affidavit huwa relatat mal-mozzjoni, trid tkun marbuta mal-mozzjoni.

<u>Att tal-Atturi Emendati</u>
Jekk parti ġdid ser jiġi magħdud, jekk jogħġbok agħżel "Żid/Oħloq Parti Ġdid (Create New Party)" fuq il-filers tal-iskrin xierqa. Attur(i) ġodda għandhom jiżdiedu fuq l-iskrin tal-filers mal-intestatura "Agħżel il-filer Select the Filer)." konvenut(i) ġodda għandhom jiżdiedu fuq l-iskrin tal-filers mal-intestatura, "Jekk jogħġbok agħżel il-parti li tagħha din il-preżentazzjoni hija **kontra**. Jekk jogħġbok agħżel il-parti li din il-kawża hija kontra min." Daħħal l-isem tan-negozju jew il-kunjom tal-individwu u kklikkja "fittex" biex tara jekk l-isem tal-parti hux diġà fis-sistema tagħna. Jekk le, kompli oħloq l-parti l-ġdida billi ssegwi *Instructions for Searching and Adding Parties* li jinsab fil-paġna tal-formuli fis-sit elettroniku ta' CMECF. Kun żgur li int tagħżel l-irwol tal-parti. Tagħmilx informazzjoni fl-ispazji l-ohra hlief għal "Test tal-Parti" meta meħtieġ. L-ispazju flt-"Test tal-Parti" għandu jintuża bħala test deskrittiv kif spjegat fl-istruzzjonijiet ta' Indiċi ta' CMECF tal-Avukat. Aġġorna t-talba għal ġurija meta imqanqal.

Kawża 3:12-cv-00188-SRU Dokument 4 Infilzat 02/06/12 Paġna 5 minn 5

### Dehra
Inti ma tistax tinfilza elettronikament dehra f' isem avukat iehorf. L-avukat li jinfilza il-preżentata għandu jkun l-avukat li jkun daħal fis-CMECF.
Inti għandek tikklikkja fuq il-kaxxa li ġejja biex tohloq rabta bejnek u l- parti(ti) li int qed tirrapreżenta:

      L-avukati/assoċjazzjonijiet ta' partijiet li ġejjin ma jeżistux għal din il-kawża.
      Jekk jogħġbok immarka liema assoċjazzjonijiet għandhom jinholqu għal din il-kawża:

      /V/ *Isem il-Parti* **(pty:pla) rappreżentat minn** *Ismek* **(aty)**

### Hemżiet
Għandek taghti isem lid-dokument mehmuż tiegħek billi jew tagħżel xi ħaġa mit-"Tip" mill-menu pavaljun jew billi ddaħħal xi ħaġa fl-ispazju a' "Deskrizzjoni".Tkun xi tkun l-għażla tiegħek jew jekk iddaħħal mit-tnejn minn dawn l-għażliet ser jidhru fuq it-test tad-docket.

### Stħarriġ
Il-Qorti ma taċċettax Stħarriġ b'mod konformi mar-Regola Lokali 5(e).

### Infilzaturi
Jekk ikun hemm aktar minn parti wahda bħala infilzatur, żomm it-tast CTRL waqt li tagħżel il-partijiet applikabbli.

### Mozzjonijiet
Tużax dan il-każ jekk m'intix qed titlob għal xi eżenzjoni mill-qorti t. Jekk ikun hemm aktar minn eżenzjoni waħda fil-mozzjoni tiegħek, agħżel l-eżenzjonijiet applikabbli billi tikklikkja fuqhom fil-kaxxa tax-xellug. L-eżenzjonijiet li inti għażilt ser jidhru fil-kaxxa fuq il-lemin.
Jekk inti qed tinfilza elettronikament mozzjoni li titlob permess biex tinfilza xi ħaġa jew biex tmenda xi ħaġa li diġà ippreżentajt,trid tehmeż id-dokument propost bhala esibit għal mozzjoni tiegħek. <u>M'għandekx tinfilza elettronikament id-dokument propost sakemm il-mozzjoni tiegħek tkun inghatat - imbaghad infilza elettronikament id-dokument li int tlabt permess biextinfilzaTikkombinax mozzjonijiet ma tweġibiet ghal dokumenti ohra</u>.
Mozzjonijiet u tweġibiet għandhom jiġu ppreżentati bhala dokumenti separati-

### Notifikazzjoni (ohra)
Jekk issib li ta' spiss tkun qed tuża dan il-każ, aghmel sejha lill-Uffiċċju tar-Reġistratur dwar kif issib il-każ korrett għas-sottomissjoni tiegħek.

### Notifikazzjoni għall-Infilzar Manwali
In-notifikazzjoni dwar Infilzar Manwali ghandu jiġi infilzat elettronikament permezz tal-każ għall-oġġett li inti tista' tinfilza fuq il-karta.Tużax l-każ, "Avviż (Ohrajn)".Per eżempju, jekk inti qed tinfilza l-esebiti manwalment, uża l-każ "Esibit"u wahhal il-pdf tan-Notifika ta' Infilzar Manwali. Mail-esebiti flimkien ma ' kopji tal-Avviż ta' Infilzar Elettroniku u l-Avviż ta' Infilzar Manwali lill-Uffiċċju tar-Reġistratur.

### Denunzji tas-Servizz
Denunzji minn tahrikiet esegwiti ghandhom jiġi infilzati elettronikament permess ta' "Tahrika Eżegwita" jew "Tahrik Esegwiti fl-Istati Uniti".Hemm avveniment separat ghal "Tnehhija ta Denunzja ta' Servizz." Ara l-Istruzzjonijiet tal-Avukat dwar: Denunzji tas-Servizz fuq is-sit elettroniku taghna f'
8http://www.ctd.uscourts.gov/cmecf/atty_instr_re_cv_rtn_svc.pdf

### Dokumenti Ssiġillati
<u>M'GHANDEKX TIPPREŻENTA ELETTRONIKAMENT dokumenti li huma infilzati b siġill</u>. Inti mitlub li tissottometti d-dokument fuq karta flimkien ma' verżjoni PDF fuq diska.

Rev 8/9/10

Kawża 3:12-cv-00188-SRU Dokument 2   Infilzat 02/06/12 Paġna 1 minn 1

QORTI DISTRETTWALI TAL-ISTATI UNITI
DISTRETT TA' CONNECTICUT

ORDNI DWAR SKADENZI TA; QABEL IS-SMIGĦ TAL-PROVI

Sakemm ma jiġix ordnat mod ieħor mill-Imħallef li lilu din il-kawża ġiet assenjata, il-partijiet għandhom jaderixxu għal-linji gwida li ġejjin:

(a)   B'mod konformi mar-Regola Ċivili Lokali 26(e), fi żmien 30 jum mill-apparenza ta' konvenut, il-partijiet għandhom jikkonferixxu l-iskopijiet deskritti f'Fed. R.Civ. P. 26 (f). Fi żmien erbatax-il jum
minn dan, il-partijiet għandhom b'mod konġunt jippreżentaw rapport fuq il-Formola 26(f), li jidher fl-Appendiċi
Regoli Lokali Ċivili.

(b)   Il-mozzjonijiet kollha marbuta ma' għaqda ta' partijiet, pretensjonijiet jew rimedji, ċertifikazzjoni ta' klassi, u emenda ta' sottomissjonijiet għandha tiġi infilzata fi żmien 60 jum wara l-preżentata tal-att tal-attur, il-preżentazzjoni ta' rikors, jew it-tneħħija ta' azzjoni minn distrett ieħor.

(ċ)   Il-mozzjonijiet kollha għal ċaħda bażata fuq it-talbiet għandha ssir fi żmien 90 jum wara l-preżentazzjoni tal-att tal-attur, il-preżentazzjoni ta' rikors għal tneħħija, jew it-trasferiment t'azzjoni għal Distrett ieħor. Il-preżentazzjoni ta' mozzjoni għal ċaħda m'għandhiex tirriżulta fil-waqfa ta' skoperta jew jestendi iż-żmien għat-tlestija tal-iskopera.

(d)   Stħarriġ formali b'mod konformi mar-Regoli Federali ta' Proċedura Ċivili tista' ma tibdiex
sakemm il-partijiet ikunu mogħtija kif meħtieġ skont il-Fed. R. Civ. P. 26 (f) u r-Regola Ċivili Lokali 26(e) iżda l-partijiet jistgħu jibdew stħarriġ formali minnufih wara dan mingħajr id-dħul ta' stennija ta' ordni ta' skedar skont il-Fed. R. Civ. P. 16(b). Stħarriġ informali bi ftehim tal-partijiet huwa mħeġġa u tista' tibda f'kull ħin. Sakemm mhux ordnat mod ieħor, l-iskoperta għandha titlesta fi żmien 6 xhur wara l-preżentazzjoni tal-att tal-attur, il-preżentazzjoni ta' rikors għal tneħħija, jew it-trasferiment t'azzjoni għal Distrett ieħor.

(e)   Sakemm mhux ordnat mod ieħor, il-mozzjonijiet għal sentenza sommarja għandha tkun preżentata fi żmien 7 xhur wara l-preżentazzjoni tal-ilment, il-preżentazzjoni ta' petizzjoni għat-tneħħija jew id-data ta' trasferiment minn Distrett ieħor.

Sakemm ma jkunx speċifikament ordnat mill-Qorti, estensjoni ta' żmien biex tikkonforma ma' kwalunkwe waħda mill-iskadenzi f'dan l-Ordni ma jestendix awtomatikament il-ħin għall-konformità b'limiti ta' żmien sussegwenti.

L-avukat tal-attur jew it-tneħħija tal-konvenut għandu jkun responsabbli għall-preżentazzjoni ta' kopja ta' din l-ordni fuq il-partijiet kollha għall-azzjoni.

B'Ordni tal-Qorti
Robin D. Tabora, Reġistratur

Din l-Ordni hija maħruġa skont l-Ordni Permanenti dwar Skedar f'Kawżi Ċivili, li jidher fl-Appendiċi għar-Regoli Ċivili Lokali

(Rev 23/4/10)