# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PETER J. MACDONALD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 27, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 19, 2012

_____
Clerk of the Court

1246

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>XCELERA, INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, AND HANS ERIK OLAV,<br><br>Defendants. | Civil Action No.:<br>3:12-cv-00188-SRU |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2012, a copy of the Certificate of Good Standing for Attorney Peter J. Macdonald was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: April 26, 2012

                                                WHITMAN BREED ABBOTT
                                                & MORGAN LLC

                                                ___/s/__ Charles W. Pieterse_____
                                                Charles W. Pieterse, Esq., ct01577
                                                500 West Putnam Ave.
                                                Greenwich, Connecticut 06830
                                                Telephone: (203) 862-2332
                                                Facsimile: (203) 869-1951
                                                cpieterse@wbamct.com

                                                *Attorneys for Defendants Xcelera, Inc. and*
                                                *Alexander M. Vik*

151737