IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | : | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | : | |
| vs. | : | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | : | |
| Defendants. | : | Dated: April 27, 2012 |

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF
GLORIA STEGINSKY'S MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF HER SELECTION OF COUNSEL**

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo (CT 27481)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537- 432
jguglielmo@scott-scott.com

**Plaintiff's Counsel**

Plaintiff Gloria Steginsky ("Plaintiff") respectfully submits this memorandum in further support of her motion for appointment as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78U-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and approval of her selection of the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T") as Lead Counsel for the class.

## ARGUMENT

Pursuant to the PSLRA, the Court "shall consider any motion made by a purported class member . . . and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of the class members (hereafter in this paragraph referred to as the 'most adequate plaintiff')" 15 U.S.C. § 78u-4(a)(3)(B)(i).  Here, Plaintiff is the only purported class member to make a motion to be appointed Lead Plaintiff in this action.

The PSLRA establishes that the "most adequate plaintiff" is the person that:

    (aa)   has either filed a complaint or made a motion in response to a notice under subparagraph (A)(i);

    (bb)   in the determination of the court has the largest financial interest in the relief sought by the class; and

    (cc)   otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

15 U.S.C. § 78u-4(a)(3)(B)(iii)

Plaintiff has filed a complaint and timely filed a motion for appointment as Lead Plaintiff.  No other member of the class has filed a motion for appointment as Lead Plaintiff. Accordingly, having sold 100,010 shares in the tender offer which is the subject of this action,

Plaintiff clearly has the "largest financial interest in the relief sought by the class" and is thus the presumptive most adequate plaintiff.

Plaintiff has demonstrated that she satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, as set forth in her previous memorandum of law in support of her motion for appoint as lead plaintiff and approval of her selection of counsel.  *See* ECF No. 17 at 4-6.  Having made this *prima facie* showing, the presumption that Plaintiff is the most adequate plaintiff "may be rebutted only upon proof by a member of the purported plaintiff class" that Plaintiff "will not fairly and adequately protect the interests of the class" or "is subject to unique defenses that render [her] incapable of adequately representing the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) (emphasis added).  Such proof has not -- **and cannot** -- be provided.  Accordingly, Plaintiff is the most adequate plaintiff and her motion to be appointed Lead Plaintiff should be granted.  Moreover, for the reasons set forth in Plaintiff's previously filed memorandum of law in support of her motion for appointment as lead plaintiff (s*ee* ECF No. 17 at 6), Plaintiff respectfully requests that the Court appoint AF&T to serve as Lead Counsel in this action.

## CONCLUSION

As set forth above, Plaintiff's motion for appointment as Lead Plaintiff is unopposed.  Furthermore, Plaintiff is the "most adequate plaintiff," with the "largest financial interest" in the relief sought by the class and who otherwise satisfied the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure.  Accordingly, Plaintiff respectfully requests that the Court appoint her as Lead Plaintiff and approve her selection of AF&T to serve as Lead Counsel.

- 3 -

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

_____/s/ Jeffrey S. Abraham_____
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo (CT 27481)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
jguglielmo@scott-scott.com

**Plaintiff's Counsel**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2012, I caused MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF GLORIA STEGINSKY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HER SELECTION OF COUNSEL to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

     I certify under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2012.

                                                                      /s/ Jeffrey S. Abraham  
                                                                         Jeffrey S. Abraham