UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLORIA STEGINSKY, On Behalf of Herself And   :
All Others Similarly Situated,               :
                                             :
                    Plaintiff,               :   Civil Action No.:
                                             :   3:12-cv-00188-SRU
        -against-                            :
                                             :
XCELERA, INC., OFC LTD., VBI                 :
CORPORATION, ALEXANDER M. VIK,               :
GUSTAV M. VIK, AND HANS ERIK OLAV,           :
                                             :
                    Defendants.              :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for

Defendants XCELERA, INC. and ALEXANDER M. VIK.


Dated:  New York, NY                By:/s/ David Olsky_____
        April 27, 2012                  David Olsky, phv05365
                                        WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                        399 Park Avenue
                                        New York, NY 10022
                                        Tel: (212) 230-8800
                                        Fax: (212) 230-8800
                                        david.olsky@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012**,** a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                           By:/s/ David Olsky_____
                                                              David Olsky, phv05365