UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLORIA STEGINSKY, On Behalf of Herself And :
All Others Similarly Situated, :
:
                Plaintiff, : Civil Action No.:
: 3:12-cv-00188-SRU
  -against- :
:
XCELERA, INC., OFC LTD., VBI :
CORPORATION, ALEXANDER M. VIK, :
GUSTAV M. VIK, AND HANS ERIK OLAV, :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for

Defendant GUSTAV M. VIK.


Dated: New York, NY                 By:/s/ David Olsky_____
       May 1, 2012                    David Olsky, phv05365
                                              WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                             399 Park Avenue
                                             New York, NY 10022
                                             Tel: (212) 230-8800
                                             Fax: (212) 230-8800
                                             david.olsky@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012**,** a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    By:/s/ David Olsky_____
                                                        David Olsky, phv05365