## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and on Behalf of All Others Similarly Situated, | : <br> : Civil Action No. 3:12-cv-00188- SRU |
| Plaintiff, | : |
| vs. | : |
| XCELERA INC., OFC LTD., VBI COPRORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | : <br> : <br> : |
| Defendants. | : DATED:  May 4, 2012 <br> : |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

I am admitted to practice law in this Court and hereby appear as counsel in this case for the Plaintiff, Gloria Steginsky.

    Respectfully submitted,

    **SCOTT+SCOTT LLP**

      /s/ Erin Green Comite
    Erin Green Comite (CT 24886)
    156 South Main Street
    P.O. Box 192
    Colchester, CT 06415
    Telephone: (860) 537-5537
    Facsimile:  (860) 537-4432
    ecomite@scott-scott.com

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on May 4, 2012.

    /s/  Erin Green Comite
Erin Green Comite (CT 24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com