UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLORIA STEGINSKY, On Behalf of Herself And :
All Others Similarly Situated, :
:
                  Plaintiff, : Civil Action No.:
: 3:12-cv-00188-SRU
  -against- :
:
XCELERA, INC., OFC LTD., VBI :
CORPORATION, ALEXANDER M. VIK, :
GUSTAV M. VIK, AND HANS ERIK OLAV, :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for

Defendants XCELERA, INC., ALEXANDER M. VIK, and GUSTAV M. VIK.

    Dated: New York, NY                                     By:/s/ Peter J. Macdonald_____
          May 11, 2012                                     Peter J. Macdonald, phv01529
                                                                WILMER CUTLER PICKERING
                                                                   HALE AND DORR LLP
                                                                   399 Park Avenue
                                                                   New York, NY 10022
                                                                   Tel: (212) 230-8800
                                                                   Fax: (212) 230-8800
                                                                   peter.macdonald@wilmerhale.com

-2-

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 11, 2012**,** a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                     By:/s/ Peter J. Macdonald_____
                       Peter J. Macdonald, phv01529