UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Gloria Steginsky ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant OFC Ltd. ("OFC") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

On April 11, 2012, Plaintiff through her agent served OFC via the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, otherwise known as the Hague Service Convention, in Malta with the Summon and Class Action Complaint in the above-entitled action as evidenced by the affidavit of service on file with the Court.  *See* Docket No. 19; s*ee also* Exhibits A and B to the Declaration of Philip T. Taylor filed herewith.

Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the deadline for responding to the Class Action Complaint expired 21 days after service which corresponds to

- 2 -

May 2, 2012 based on service occurring on April 11, 2012.  Defendant OFC has failed to appear or otherwise respond to the Class Action Complaint within the time prescribed by the Federal Rules of Civil Procedure.

The above stated facts are set forth in the accompanying Declaration of Philip T. Taylor filed herewith.

Dated: May 14, 2012

**ABRAHAM, FRUCHTER  & TWERSKY, LLP**

      /s/  Philip T. Taylor
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
jguglielmo@scott-scott.com

**Plaintiff's Counsel**

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2012, I caused the REQUEST FOR ENTRY OF DEFAULT and DECLARATION OF PHILIP T. TAYLOR IN SUPPORT OF REQUEST TO ENTER DEFAULT to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

      I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | VBI Corporation<br>c/o Britannic Management Ltd.<br>P.O. Box. 25<br>Britannic House<br>Providenciales, Turks & Caicos Islands |
| Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway | |

      I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on May 14, 2012.

                                                      /s/   Philip T. Taylor
                                                           Philip T. Taylor