UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GLORIA STEGINSKY, On Behalf of Herself And  :
All Others Similarly Situated,                            :
                                              :
                        Plaintiff,    :   Civil Action No.:
                                   :   3:12-cv-00188-SRU
   -against-                         :
                                   :
XCELERA, INC., OFC LTD., VBI          :
CORPORATION, ALEXANDER M. VIK,    :
GUSTAV M. VIK, AND HANS ERIK OLAV,  :
                                   :
                 Defendants.   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case for

Defendant VBI Corporation.

Dated:  New York, NY                      By:/s/ Peter J. Macdonald_____
        June 5, 2012                    Peter J. Macdonald, phv01529
                                        WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                         399 Park Avenue
                                         New York, NY 10022
                                         Tel: (212) 230-8800
                                         Fax: (212) 230-8800
                                         peter.macdonald@wilmerhale.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:/s/ Peter J. Macdonald_____
      Peter J. Macdonald, phv01529