UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
GLORIA STEGINSKY, On Behalf of Herself And  :
All Others Similarly Situated,              :
                                            :
                        Plaintiff,          :  Civil Action No.:
                                            :  3:12-cv-00188-SRU
     -against-                              :
                                            :
XCELERA, INC., OFC LTD., VBI                :
CORPORATION, ALEXANDER M. VIK,              :
GUSTAV M. VIK, AND HANS ERIK OLAV,          :
                                            :
                        Defendants.         :
                                            :
------------------------------------x
```

## DEFENDANT XCELERA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

The Defendant, Xcelera, Inc., hereby states, in accordance with the Standing Order Re: Disclosure Statement, as follows: Xcelera, Inc. is majority owned by VBI Corporation.  It has no other beneficial owners of 10% or more and is not a publicly traded corporation.

                                              DEFENDANT XCELERA, INC.

Dated:  New York, NY             By:/s/ Peter J. Macdonald
       June 5, 2012                 Peter J. Macdonald, phv01529
                                          David Olsky, phv05365
                                          WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                          399 Park Avenue
                                          New York, NY 10022
                                          Tel: (212) 230-8800
                                          Fax: (212) 230-8800
                                          peter.macdonald@wilmerhale.com
                                          david.olsky@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2012**,** a copy of foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: /s/ Peter J. Macdonald
      Peter J. Macdonald, phv01529