UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
GLORIA STEGINSKY, On Behalf of Herself And :
All Others Similarly Situated, :
:
                            Plaintiff, :  Civil Action No.:
:   3:12-cv-00188-SRU
  -against- :
:
XCELERA, INC., OFC LTD., VBI :
CORPORATION, ALEXANDER M. VIK, :
GUSTAV M. VIK, AND HANS ERIK OLAV, :
:
                          Defendants. :
:
---------------------------------- x

## DEFENDANT VBI CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

      The Defendant, VBI Corporation, hereby states, in accordance with the Standing Order Re: Disclosure Statement, as follows: VBI Corporation has no parent corporation and is not publicly traded.

                                                      DEFENDANT VBI CORPORATION

Dated: New York, NY               By:/s/ Peter J. Macdonald_____
       June 5, 2012                     Peter J. Macdonald, phv01529
                                                David Olski, phv05365
                                                WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                                399 Park Avenue
                                                New York, NY 10022
                                                Tel: (212) 230-8800
                                                Fax: (212) 230-8800
                                                peter.macdonald@wilmerhale.com
                                                david.olsky@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2012**,** a copy of foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Peter J. Macdonald
Peter J. Macdonald, phv01529