IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | |
| Defendants. | Dated: June 5, 2012 |

## PLAINITFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Gloria Steginsky ("Plaintiff"), by her counsel, hereby moves this Court for entry of default judgment on the issue of liability against defendant OFC Ltd. pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this Motion, Plaintiff submits herewith a Memorandum of Law and the Declaration of Jeffrey S. Abraham.

Date: June 5, 2012

ABRAHAM, FRUCHTER
 & TWERSKY, LLP

*/s/ Philip T. Taylor*
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo (CT 27481)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
jguglielmo@scott-scott.com

**Plaintiff's Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I caused the PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | VBI Corporation<br>c/o Britannic Management Ltd.<br>P.O. Box. 25<br>Britannic House<br>Providenciales, Turks & Caicos Islands |
| Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway | |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on June 5, 2012.

                                                  /s/   Philip T. Taylor
                                                  Philip T. Taylor