IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | |
| Defendants. | Dated: June 5, 2012 |

**DECLARATION OF JEFFREY S. ABRAHAM
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

I, Jeffrey S. Abraham, declare:

1. I am a member of the Bar of the State of New York, have been admitted to this Court *pro hac vice* with respect to the above-captioned action and am a partner at Abraham, Fruchter & Twersky, LLP, counsel for Plaintiff Gloria Steginsky ("Plaintiff") in the above-captioned action. I respectfully submit this declaration in support of Plaintiff's motion to enter default judgment against defendant OFC Ltd. ("OFC"). I am fully familiar with the facts as set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of a declaration dated October 28, 2008 by defendant Alexander Vik in the matter entitled *Sebastian Holdings, Inc. v. Kugler, et al.*, No. 3:08-cv-1131 (RNC) (D. Conn.), stating that Hans Eirik Olav managed a portfolio in excess of $50 million for Sebastian Holdings, Inc., defendant Alexander Vik's personal investment holding company.

3. Attached hereto as Exhibit B is a true and correct copy of the notice concerning this action which was disseminated nationally by Business Wire on February 6, 2012.

4.      Attached hereto as Exhibit C is a true and correct copy of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention").

5.      Attached hereto as Exhibit D is a true and correct copy of the relevant sections of the Malta Code of Organization and Civil Procedure governing the service of legal proceedings.

6.      Attached hereto as Exhibit E is a true and correct copy of the Memorandum and Articles of Association of OFC stating that its registered office is located at 13 Curate Fenech Street, Bizzebbugia, Malta.

7.      Attached hereto as Exhibit F is a true and correct copy of an Affidavit of Accurate Translation executed by Kay Martinez swearing to the accurate translation of the Certificate of Service on OFC (*see* ECF No. 19) from Maltese to English.

10.     I have not been contacted by defendant OFC or its attorneys, nor am I aware of OFC having responded to the Complaint or otherwise entering an appearance in this action

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of June, 2012, at New York, New York.

                                                                         /s/ Jeffrey S. Abraham
                                                                             Jeffrey S. Abraham

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I caused the DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | VBI Corporation<br>c/o Britannic Management Ltd.<br>P.O. Box. 25<br>Britannic House<br>Providenciales, Turks & Caicos Islands |
| Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway | |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on June 5, 2012.

                                                        /s/   Philip T. Taylor
                                                          Philip T. Taylor