# EXHIBIT B



February 06, 2012 04:05 PM Eastern Time

## Abraham, Fruchter & Twersky, LLP Files Class Action Suit against Xcelera Inc.

NEW YORK--(BUSINESS WIRE)--Abraham, Fruchter & Twersky, LLP announced today that a class action lawsuit has been commenced in the United States District Court for the District of Connecticut (the "Court") on behalf of the shareholders of Xcelera Inc. ("Xcelera" or the "Company") who sold common stock ("Common Stock") to any of the defendants.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from February 6, 2012. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel Jeffrey S. Abraham or Philip T. Taylor at (212) 279-5050 or (800) 440-8986, or via e-mail at info@aftlaw.com or ptaylor@aftlaw.com. Any member of the putative class may move the Court to serve as lead plaintiff through the counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Xcelera and certain of its affiliates with violations of the Securities Exchange Act of 1934. Xcelera is an internet holding company with operating subsidiaries engaged in various aspects of electronic commerce, including content delivery and data security management.

The Complaint alleges that defendants deliberately refused to make filings required by the federal securities law, or to otherwise make any information available concerning Xcelera's operations, thereby destroying the Company's trading value and causing the eventual de-registration of the Company's Common Stock. Defendants are alleged to have taken advantage of this state of affairs to buy out minority shareholders at a discounted price by commencing a tender offer on about December 17, 2010 to purchase Xcelera Common Stock for $0.25 per share. Plaintiff alleges that Defendants failed to disclose material facts in connection with the tender offer.

Plaintiff seeks to recover damages on behalf of all sellers of Xcelera Common Stock to any of the defendants (the "Class"). The plaintiff is represented by Abraham, Fruchter & Twersky, LLP, which has extensive experience in shareholder and securities class action cases.

## Contacts

Abraham, Fruchter & Twersky, LLP
Jeffrey S. Abraham
Philip T. Taylor
800-440-8986

