# EXHIBIT D

*CODE OF ORGANIZATION AND CIVIL PROCEDURE*   **[CAP. 12.**   1

# CHAPTER 12

CODE OF ORGANIZATION AND CIVIL PROCEDURE

*To amend and consolidate the Laws of Organization and Civil Procedure.*[*]

1st August, 1855

*ORDINANCE IV of 1854 as amended by Ordinances: V, VII and X of 1856, XII of 1857, XI of 1858, XI of 1859, IV of 1862, III of 1863, V of 1864, IV of 1865, IV of 1868, IX of 1871, VII of 1876, I, VI and VII of 1880, XV of 1885, IX of 1886, VII of 1892; the Malta* (*Use of the English Language in legal proceedings*) *Order-in-Council, 1899; Ordinances: XV of 1900, VI and VIII of 1901, II and VIII of 1903, V of 1904, IV of 1905, XV of 1913, I, II and XVII of 1914, II of 1916; Government Notices: No. 340 of 1916, No. 162 of 1917; Ordinance XII of 1918; Government Notices: Nos 136 and 137 of 1919, No. 203 of 1920; Acts: XVI of 1922, IV and XII of 1924, XIII of 1925, XI, XVI and XX of 1929; Government Notices: Nos. 78 and 475 of 1929; Act XI of 1932; Government Notice No. 105 of 1933; Ordinances: IV, XVI, XIX, XXXI and XXXIII of 1934; Government Notice No. 393 of 1934; Ordinance XXVIII of 1935; Government Notice No. 138 of 1935; Ordinances: XXI of 1936, XXXVI of 1938, III and XXIX of 1939; Government Notice No. 549 of 1939; Ordinances: II and XV of 1940; Government Notice No. 249 of 1941; Ordinances: XI and XII of 1942; Government Notice No. 653 of 1942. Incorporating also Ordinance II of 1868 as amended by Ordinance VI of 1895.*

*The Code was subsequently amended by Government Notice No. 199 of 1944; Ordinance II of 1947: Acts: LIII and LXII of 1948: Government Notice No. 139 of 1949; Act XXIX of 1952; Government Notice No. 33 of 1953; Act II of 1954; Ordinances: IV of 1961, XXI and XXV of 1962; Act XXII of 1963; Legal Notice 4 of 1963; Acts: XIII and XV of 1964, XIX and XXXII of 1965; Legal Notice 46 of 1965; Acts: XXXI of 1966, XX of 1968; Legal Notices: 2, 7 and 9 of 1968; Acts: I and XXI of 1969, XXVII of 1970, XXIII and XXX of 1971; Legal Notice 78 of 1971; Acts: XI and XLVI of 1973, V, VII, XXXV and LVIII of 1974, X and XXIV of 1975; Legal Notices: 148 and 154 of 1975; Acts: XVIII and XXII of 1976, XI and XXVII of 1977, XII of 1978, XXVII of 1979; Legal Notices: 29 and 95 of 1979; Acts: XI, XIV and XXXI of 1980; Legal Notices: 49, 99 and 102 of 1980; Acts: VIII, XLIX and LII of 1981; Legal Notices: 56 and 96 of 1981; Act XVI of 1982; Legal Notice 42 of 1982; Acts: XIII and XV of 1983, IV and XI of 1984, XII, XIII and XX of 1985, V and XXXIX of 1986; Legal Notices: 3 of 1986, 1 of 1987, 28 of 1988, 120 of 1989; Acts: VIII of 1990, XVII of 1991; Legal Notice 116 of 1992; Acts: XXII of 1992, XXI of 1993, XI of 1994 and V of 1995; Legal Notices 91 and 190 of 1995; Act XXIV of 1995; Legal Notice 18 of 1996; Acts II and IV of 1996; Legal Notices: 121, 122, 124, 153 and 154 of 1996; 149 and 226 of 1997; Acts XI and XVIII of 1999; Legal Notices 1, 142 and 197 of 2000, and 8 and 34 of 2001; Acts: IV and VI of 2001, III, XVIII and XXXI of 2002, and XVII of 2003; Legal Notices 383 of 2003 and 248 of 2004; Acts III, IX, X, XVI and XVIII of 2004, and XIII and XXII of 2005; Legal Notices 277, 290 and 342 of 2005; Acts I, XI, XIV and XVI of 2006; Legal Notices 68 and 181 of 2006; Acts VII, VIII and XXXI of 2007; Legal Notice 407 of 2007; Acts III and XV of 2008; Legal Notice 36 of 2009; Acts I, XII, XV and XXIII of 2009; Acts V, VIII and IX of 2010; Legal Notice 447 of 2010; Act VI of 2011; Legal Notices 371 and 372 of 2011, and 79 of 2012; and Act II of 2012.*

---

[*]This Code, enacted by Ordinance IV of 1854, was promulgated by Proclamation No. VI of the 1st of May, 1855.

                taken before a judicial assistant at such place and time under such conditions as may be specified in the order;

(*b*) on an application by any party to the proceedings, desiring to confirm a fact stated in the application, or in a note accompanying it, by the affidavit of a person named by the party, order the person so named to appear for that purpose before a judicial assistant at such place and time as may be specified in the order;

Cap. 474.

(*c*) either on its own motion or on a note filed by any party to the proceedings, direct that proceedings be stayed for such period as it considers appropriate, and refer the parties to a mediator in accordance with the Mediation Act.

(3) In the case of an order given under subarticle (2)(*b*), the judicial assistant shall ask the person named whether he confirms or denies each fact specified in the application or note and shall make a record of the replies given together with any other statement, if any, qualifying his reply, and cause such record to be confirmed on oath by the person aforesaid. The judicial assistant shall insert the affidavit in the records of the case and cause a copy thereof to be served on the parties.

(4) When an application as in referred to in sub-article (2)(*b*) is filed together with any written pleading referred to in article 160, the Court may direct that the service of such written pleading shall be suspended for such period, not exceeding three months, as the court may determine.

---

Title IV

PROVISIONS APPLICABLE TO WRITTEN PLEADINGS AND OTHER ACTS OF PROCEDURE

Contents of written pleadings.
*Amended by:*
*XV. 1913.58;*
*XXXI. 1934.30;*
*XXIII. 1971.13;*
*XXVII. 1979.12;*
*VIII. 1990.3,4;*
*XXIV. 1995.84;*
*XXXI. 2002.59;*
*XXII. 2005.31.*

**174.** (1) Every written pleading shall contain -

(*a*) an indication of the court or section thereof in which the pleading is filed, and, in the case of the Court of Magistrates (Gozo), an indication of the jurisdiction of the court;

(*b*) the name and surname of the party pleading and of the party against whom the pleading is directed, and the designation, if any, of the capacity in which the parties appear:

    Provided that in any case as is referred to in article 181(1), it shall be sufficient to designate the office of the party pleading or of the party against whom the pleading is directed, as the case may be;

(*c*) the description of the pleading; and

(*d*) if the pleading refers to an action already brought before any of the superior courts, the number of that sworn application to which it refers.

Case 3:12-cv-00188-SRU   Document 42-4   Filed 06/05/12   Page 4 of 11

(2) Every written pleading or other act requiring service, must be accompanied by:

(*a*) the identity card number, if any, if the person is pleading in his personal capacity;

(*b*) the company number if the person pleading is a partnership or company registered in accordance with the Companies Act;

Cap. 386.

(*c*) a proper and full indication of the place of residence or business of the party pleading and the professional address of his advocate and, or, legal procurator;

(*d*) a proper and full indication of the place of residence or business and of the party against whom the pleading or act is directed;

(*e*) any other particulars as may serve to identify the said parties as may be established by law or regulation.

**175.** (1) The court may, at any stage of the proceedings, at the request of any of the parties, until judgment is delivered after hearing where necessary the parties, order the substitution of any act or permit any written pleading to be amended, either by adding or striking out the name of any party and substituting another name therefor or by correcting any mistake in the name or in the character of the parties, or by correcting any other mistake or by causing other submission of fact or of law to be added even by separate note, provided that no such substitution or amendment shall affect the substance either of the action or of the defence on the merits of the case.

Power of court to order or permit amendment of written pleadings.
*Amended by:*
*XV.1913.59;*
*XIII.1964.20.*
*Substituted by:*
*XXIV.1995.85.*

(2) Any court of appellate jurisdiction may also order or permit, at any time until judgment is delivered, the correction of any mistake in the application by which the appeal is entered or in the answer, including any mistake in the indication of the court which delivered the decision appealed from, in the name or character of the parties, or in the date of the judgment appealed from.

(3) Any judicial or administrative omission or mistake in a judicial act may until the court shall have delivered judgment and disposed of the case be remedied by a court of its own motion.

**176.** (1) Pleadings shall be printed, type-written or written in ink:

Provided that in every case they shall be drawn up in clear and easily legible characters, without blank spaces, interlinear words, abbreviations or erasures, and, except with the written authority of the registrar given before the filing of the act, without corrections, alterations or additions.

Mode of drawing up pleadings.
*Amended by:*
*XV.1913.60.*
*Substituted by:*
*XIX. 1965.7.*
*Amended by:*
*XXIV. 1995.86;*
*XXXI. 2002.60.*

(2) Any quantity, sum or measure shall, at least where it first occurs in the pleading, be expressed in words.

(3) The copies of the pleadings, as would be required for the service thereof, shall be signed by the same persons as the original.

50 **CAP. 12.**]  *CODE OF ORGANIZATION AND CIVIL PROCEDURE*

"With costs."

**177.** The words "with costs" shall in all cases be deemed to be included in any written pleading where costs may be asked for.

Signing of written pleadings.
*Amended by:*
*XXIV.1995.87;*
*XXII. 2005.32.*

**178.** The written pleadings and the applications whether sworn or not shall be signed by the advocate and also by the legal procurator, if any.

Where, when and how written pleadings are filed.
*Amended by:*
*VII. 1856.1;*
*XV. 1913.61;*
*VIII. 1990.3;*
*XXXI. 2002.62.*

**179.** Written pleadings shall be filed in the registry of the respective court during the time in which, according to the regulations, the registries are kept open.

Persons who may file written pleadings.
*Amended by:*
*IX. 1886.28;*
*XV.1913.62;*
*XXIII.1971.14;*
*XLVI.1973.108;*
*XXIV.1995.88.*

**180.** (1) Subject to the provisions of article 181, written pleadings may be filed -

(*a*) personally by the party pleading in his own name, or by the person pleading in a representative capacity as the parent of the children placed under his paternal authority, or as the tutor, curator, administrator of the community of acquests, executor, head of a department or other public administrator, or as attorney on behalf of any church, community, hospital, or other pious institution or as administrator of property under litigation, or as partner or representative of a commercial firm, or as any of the persons mentioned in article 181A(2) in the case of a body having a distinct legal personality, or as agent or representative of any other lawful association, or as attorney on behalf of persons absent from the Island, either of Malta or Gozo, in which the written pleading is filed;

(*b*) by a legal procurator;

(*c*) by any other partner of a commercial firm to which the written pleading refers;

(*d*) by an ascendant, descendant, brother or sister, uncle or aunt, nephew or niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, husband or wife, appointed as an attorney for the purpose, by the party pleading whose signature is duly attested in accordance with article 634(2);

(*e*) by any joint party to the suit;

(*f*) by an advocate, if the written pleading is to be filed in any of the inferior courts, or in the Court of Appeal in cases of appeal from judgments of the inferior courts.

(2) Nevertheless, no written pleading containing a waiver of the proceedings or an admission of the claim or the consent for the withdrawal of any deposit, may be filed by any person other than -

(i) the persons mentioned in sub-article (1)(*a*) and (*c*), or

(ii) an attorney specially authorized for the purpose, or

    (iii) the advocate, if any such written pleading is filed during the hearing of the cause.

**181.** (1) When a written pleading is to be filed by the Prime Minister or other Minister, by a head of department or other public administrator, it shall be sufficient if there is designated in such pleading the office of the person filing it and it shall not be necessary to name the person for the time being holding such office.

(2) No formality shall be necessary in the records of a case or in any court proceedings upon any change in the person of the holder of any office designated as aforesaid or on the appointment of any person in an acting capacity in any such office or where such office is merged with another office.

(3) The provision of the last preceding sub-article shall apply also where there is named in any written pleading the person for the time being filling the office designated in such pleading, provided that such office is clearly designated.

(4) The provisions of sub-articles (1), (2) and (3) shall apply also in respect of the party against whom the pleading is to be directed where such party is the holder of an office referred to in the said sub-article (1).

<div style="margin-left: 2em;">Written pleadings filed by a Minister or a public officer.<br>*Added by:*<br>*XXIII. 1971.15.*<br>*Amended by:*<br>*XXIV. 1995.89.*</div>

**181A.**(1) Where a written pleading is filed by or against a body having a distinct legal personality, it shall be sufficient to state the name of such body.

(2) Any declaration or pleading to be sworn in terms of law shall, in the case of a body having a distinct legal personality, be sworn by the person or persons vested with the legal or judicial representation thereof or by any company secretary or by any other person authorised in writing by such body to file judicial acts on its behalf or to make any such declaration, sworn reply or sworn pleading.

(3) When a written pleading is to be filed by or against a ship or other vessel, it shall be sufficient if there is designated the name of such ship or other vessel, as the case may be, and it shall not be necessary to mention the name of any person to represent such ship or other vessel:

Provided that the written pleadings mentioned in this sub-article shall be served in accordance with the provisions of article 187(7).

<div style="margin-left: 2em;">Written pleadings filed by or against a body having a distinct legal personality.<br>*Added by:*<br>*XXIV. 1995.90.*<br>*Amended by:*<br>*XXII. 2005.33.*</div>

**181B.** (1) The judicial representation of the Government in judicial acts and actions shall vest in the head of the government department in whose charge the matter in dispute falls:

  Provided that, without prejudice to the provisions of this article:

   (*a*) actions for the collection of amounts due to Government may in all cases be instituted by the Accountant General;

   (*b*) actions involving questions relating to Government employment or to obligations to serve Government

<div style="margin-left: 2em;">Judicial representation of Government.<br>*Added by:*<br>*XXIV. 1995.91.*<br>*Amended by:*<br>*XXII. 2005.34;*<br>*I. 2009.50.*</div>

      may in all cases be instituted by the Principal Permanent Secretary;

(*c*) actions relating to contracts of supplies or of works with Government may in all cases be instituted by the Director of Contracts.

(2) The Attorney General shall represent Government in all judicial acts and actions which owing to the nature of the claim may not be directed against one or more heads of other government departments.

(3) Every application, whether sworn or not, or other judicial act filed against Government shall be served upon each head of a government department against whom it is directed and upon the Attorney General and every time limit for the filing of any reply to any such act by any head of a government department being a defendant or a respondent in judicial proceedings shall not commence to run before the act is served upon the head or heads of the government departments against whom it is directed and upon the Attorney General. The registrar shall not charge any fees for effecting the service on the Attorney General.

| | |
|---|---|
| Persons filing written pleadings are bound to accept service of other written pleadings. *Amended by: XXIII. 1971.16.* | **182.** (1) Where any of the persons mentioned in article 180(1)(*b*), (*c*), (*d*) and (*e*) has filed any written pleading in terms of that article, such person shall be bound to accept service of any other written pleading relating to the cause, unless the opposite party has been informed by an intimation through the court of the cessation of the character in which the said person had filed the pleading. |
| Notice of trial to be served on party himself. | (2) Notwithstanding the provisions of sub-article (1), the notice of trial must be served on the party himself. |
| Duties of registrar in connection with the filing of written pleadings. *Amended by: IX. 1886.29; XV.1913.62.* | **183.** When a written pleading is filed, the registrar shall write thereon the date of filing, the name and character of the person filing the pleading, and the number of documents produced with the pleading. He shall also draw up the bail bond in respect of costs, whenever bail is required, as well as the bond of the parties where such parties have been admitted to the juratory caution. He shall note down in the margin the amount paid for fees and the name of the person paying them. |
| Difficulty about filing of written pleadings. *Amended by: XI. 1980.2; XXIV.1995.92.* | **184.** (1) If any difficulty shall arise in or about the filing of any written pleading, the registrar shall inform the party concerned, but he may not refuse to receive such pleading, except in the cases in which he is expressly enjoined or authorized so to do under the provisions of this Code. In the case of any such difficulty, he shall, as soon as possible, make a report thereof to the court, which shall give the necessary directions for his guidance. He shall, however, refuse to receive any written pleading which is in open violation of the provisions of articles 174, 176 and 178. |

(2) In all cases, the registrar shall, upon a request to that effect, state in writing the reason for his refusal.

*CODE OF ORGANIZATION AND CIVIL PROCEDURE* [**CAP. 12.** 53

**185.** Saving the provisions of article 186(1), where an act is to be served on two or more persons even if they live together in the same address each of them shall be served with a copy of such act.

<small>Service on all parties. *Substituted by: XXIV.1995.93.*</small>

**186.** (1) Where two or more parties are pleading together, they shall, on filing the pleading, apart from giving their respective addresses, designate, by means of a note, a person, being one of the persons mentioned in article 180, as that on whom the answer and any other act of the opposite party may be served on behalf of all the parties pleading,

<small>Designation of person to be served with written pleading. *Amended by: XV.1913.63; XXIV.1995.94; XXXI. 2002.64.*</small>

(2) If a pleading is directed against two or more persons, such persons may, on filing a joint answer, designate, by means of a note, a person, being one of the persons mentioned in article 180, as that on whom any act of the opposite party may be served on behalf of all of them.

(3) Where a person is so designated, any service relating to the act in respect of which such designation was made, shall be effected on such person:

Provided that any of such persons may by means of another note declare that he henceforth requires separate service at an address, being the address of his residence or place of business, to be indicated by him.

**187.** (1) Service shall be effected by the delivery of a copy of the pleading to the person on whom the pleading is to be served or by leaving such copy at the place of residence or business or place of work or postal address of such person with some member of his family or household or with some person in his service or his attorney or person authorized to receive his mail:

<small>Mode of service. *Amended by: VII. 1856.2; XV. 1913.63; XIX. 1965.8; XXVII. 1979.13; XXIV. 1995.95; XXII. 2005.35; II. 2012.3.*</small>

Provided that it shall not be lawful to leave such copy with any person under the age of fourteen years, or with any person who, at the time of the service, has a mental disorder or other condition, which renders him incapable of giving evidence of such service. A person shall be presumed to be able to give such evidence unless the contrary is proved; and no objection may be raised on the ground of irregularity of the service for any of those reasons, if it is shown that the copy has actually reached the person to be served therewith:

Provided further that where a person to whom a pleading is addressed refuses to receive it personally from an executive officer of the courts, the court may upon an application by the interested party and after hearing the executive officer of the courts and considering all the circumstances of the incident, declare by means of a decree that service shall have been effected on the day and time of the refusal and such decree shall be considered as a proof of service for all purposes of law.

(2) In the case of persons on board merchant ships, or members of the crew having no place of residence in Malta, service may be effected by delivering such copy to the master of the ship or any other person acting in that behalf.

(3) If it appears from the certificate of the officer charged with

the service of a written pleading or any judicial act that, although it does not result that the person upon whom such a pleading or act is to be served, is abroad, access to his place of residence cannot be obtained, or his place of residence in not known, the court may direct service to be effected by the posting of a copy of the written pleading or act at the place, in the town or district in which official acts are usually posted up, and by publishing a summary of such written pleading or act in the Gazette and in one or more daily newspapers as the court may direct and, where possible, when the residence is known, by posting up a copy of the pleading on the door leading to such residence. The court may also adopt such other measures as it may deem fit to bring the pleading or act to the notice of the person upon whom the same is to be served. In such cases, service shall be deemed to have been made on the third working day after the date of last publication or after the date of such posting, whichever is the later. In cases where service has been ordered with urgency, service shall be deemed to have been made at such time, after posting or publication as the court may determine, which time is to be stated in the publication or posting.

(4) In the case of a body having a distinct legal personality, service on such body shall be effected by leaving a copy of the pleading:

> (*a*) at its registered office, principal office, or place of business or postal address with any of the persons mentioned in article 181A(2) or with an employee of such body; or
>
> (*b*) with any of the persons mentioned in article 181A(2) in the manner provided for in sub-article (1).

(5) If it appears from the certificate of the officer charged with the service of a written pleading that service as provided in sub-article (4) has not been effected, the court may, if it appears that at least one of the persons mentioned in article 181A(2) is in Malta, direct service to be effected by the posting up of a copy of the written pleading at the place in the town or district in which official acts are usually posted up, where the body has its registered office, principal office, or place of business, and by publishing a summary of such written pleading in the Government Gazette and in one or more daily newspapers as the court may direct and, where possible, by posting up a copy of the pleading on the door of the registered office, principal office, or place of business. The court may also adopt such other measures as it may deem fit to bring the pleading to the notice of any of the persons mentioned in article 181A(2).

(6) Where it appears that all the persons mentioned in article 181A(2) are absent from Malta or there exist no such persons, the court shall appoint a curator in the interest of such body as provided for in article 929(*d*).

(7) In the case of an action against a ship or other vessel, service shall be affected by the delivery of a copy of the pleading to the master thereof or any other person acting in that behalf or, in the absence of such persons, on the agent of the ship or other vessel, as the case may be, or in the absence of such persons and

agent, on curators appointed by the court in terms of article 929:

Provided that the court may also adopt such other measures as it may deem fit to bring the pleading to the notice of the person upon whom the same is to be served.

(8) Saving the provisions of article 193, service may also be effected by officers of the Post Office in such manner and under such rules in conformity with postal regulations as the Minister responsible for justice may order by notice in the Gazette:

Provided that, applications of appeal, and sworn applications made under the provisions of the Constitution of Malta and the European Convention Act, shall be served by the executive officers of the courts.

Cap. 319.

**188.** (1) The officer charged with the service of an act shall, on the same day when he serves or unsuccessfully seeks to serve the act, or, at the latest, on the following day, draw up a certificate stating whether the service was effected or not. In the affirmative, the certificate shall state the name and surname of the person on whom service was effected and, if the act was not served directly on the person on whom service was to be effected, the name and the surname of the person to whom the copy was delivered and the place where the act was served; in the negative, the certificate shall state the reason why service was not effected.

Certificate of service.
*Amended by:*
*XV. 1913.64.*
*Substituted by:*
*XIX. 1965.9.*

(2) Any certificate referred to in sub-article (1) shall be drawn up in the manner prescribed by the registrar, who may also direct that a form or forms printed, impressed or otherwise prepared be used for the purpose.

(3) The registrar may also require that any such certificate be confirmed on oath by the officer entrusted with the service and any such oath shall be administered by the registrar.

**189.** (1) If an act filed in, or a warrant or garnishee order issued by any court in the Island of Malta is to be served or, as the case may be, executed in the Island of Gozo or Comino, a copy thereof shall be transmitted by the registrar of the said court to the Registrar of the Court of Magistrates (Gozo).

Service of acts and execution of warrants and orders in Gozo and Comino.
*Added by:*
*XIX. 1965.10.*
*Amended by:*
*VIII. 1990.3.*

(2) The officer effecting service or execution shall deliver to the Registrar of the Court of Magistrates (Gozo) the certificate of service or execution, duly confirmed on oath before the registrar himself who shall transmit it to the registrar of the court in which the act was filed or by which the warrant or order was issued.

**190.** (1) If an act filed in or a warrant or garnishee order issued by the Court of Magistrates (Gozo) is to be served or, as the case may be, executed in the Island of Malta, a copy thereof shall be transmitted by any officer of the said court to the registrar.

Service of acts and execution of warrants and orders in Malta.
*Added by:*
*XIX. 1965.10.*
*Amended by:*
*VIII.1990.3.*
*Substituted by:*
*XXIV. 1995.96.*

(2) The officer effecting service or execution shall deliver to the registrar the certificate of service or execution, duly confirmed on oath before the registrar who shall transmit it to any officer of the Court of Magistrates (Gozo).

Mode of preparing copies.
*Substituted by:*
*XIX. 1965.11.*
*Amended by:*
*XXIV. 1995.97;*
*XXXI. 2002.69.*

**191.** (1) Copies shall be printed, typewritten, made by other mechanical or electronic means or by any photographic process or written in ink:

Provided that in every case they shall be drawn up in clear and easily legible characters.

(2) Copies shall also be certified by the person presenting them or by an advocate or legal procurator to be true copies of the originals.

Penalty in case of irregular copies.

**192.** In case of non-compliance with the provisions contained in the last preceding article, the party shall be entitled to have another copy made in conformity with the said article at the expense of the person who prepared the irregular copy, provided that the request for such other copy be made to the registrar by the party concerned within two days after the delivery of the irregular copy; and in any such case, if a time is fixed, it shall not commence to run except on the delivery of the regular copy.

Reckoning of time.

Provisions of this Title to apply to all courts and to all acts.
*Amended by:*
*XXVII. 1979.15.*

**193.** The provisions contained in this Title shall apply to all the courts and to all other acts filed by the parties or issued by the court, in so far as such provisions may be applicable to such courts and to such other acts:

Provided, however, that precautionary and executive warrants may only be served or executed by officers of the courts.

Title V

OF THE TRIAL OF CAUSES

Assignment of causes.
*Added by:*
*XXXI. 2002.70.*

**193A.** (1) Causes shall be assigned in accordance with rules of court or regulations made in accordance with article 29.

(2) Such rules or regulations may also provide for the procedure to be followed in the pre-trial and trial stages of a cause which has been set down for hearing.

Posting up of cause list.
*Amended by:*
*XI. 1859.9;*
*XXVII. 1979.16;*
*XXIV. 1995.98.*

**194.** (1) The registrar shall cause a list of the causes which are to be tried at a particular sitting to be posted up at the side of the entrance of the court room where the causes are to be heard at least one hour before the case is to be heard, saving urgent cases referred to in article 154(2).

(2) The list shall bear the date on which it is posted up as aforesaid and shall be signed by the registrar.

(3) The list shall be deemed to be posted up, according to the regulations, on the date which it bears and at the time of the closing of the registry.