# EXHIBIT F

## AFFIDAVIT OF ACCURATE TRANSLATION

OREGON            )
                  ) ss.
County of Multnomah )

    I declare that I, Kay Martinez, citizen of the United States, over the age of twenty-one, not a party to the issue in question, and having been duly sworn, depose and state the following:

    I am employed by Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, specializing in providing accurate translation of legal, judicial, extra-judicial and general documents from the Maltese language into the English language.

    I do hereby swear, under oath and penalty of perjury under the laws of the United States of America, that the attached English translation (Exhibit 1) is a true and accurate translation of the attached original Maltese Hague Certificate of service upon OFC, Ltd. (Exhibit 2).

_____

SUBSCRIBED AND SWORN to before me this 7th day of May, 2012.

_____
Notary Public for Oregon



OFFICIAL SEAL
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 463484
MY COMMISSION EXPIRES DECEMBER 05, 2015

[handwritten: *99/2012* Signed]                                    [handwritten *89/2012*]
IN THE FIRST HALL OF THE CIVIL LAW COURTS                          [RectangularStamp: Rogatories]
                                                                   Today  March 26th 2012

[Oval Stamp: Registry of the Superior Law Courts, No *143*, March 26 2012, PAID]

[handwritten *OFC Limited*]
To: Mercury Management Limited (C.28103)
    13, Curate Fenech Street,
    Birżebbugia, BBG 2032
    Malta
[handwritten: *increase 04.9.2012*]

|  | [Stamp: Registry | € 11.65 |
|---|---|---|
|  | Registry | € 5.82 |
|  | Notice | € 1.16 |
|  |  | € 18.63 |
|  | Payment *AG*(written) ] | |

In the presence of The Attorney General as the Central Authority with regards to the Ratification of Conventions regarding Legal Procedure (**Chapter 443 of the Laws of Malta**), whilst proceeding on the request of the Petitioning Authority in Portland, Oregon, in the United States of America, on the basis of the Hague Convention regarding the Foreign Notification of Judicial and Extrajudicial Documents in Civil and Commercial Affairs, I am informing you of the documents hereunder annexed and of its summary according to **Article 5 of the Convention so mentioned**.

This notification is being issued in consideration of **Article 187 of the Civil Organization and Procedural Code  (Chapter 12 of the Laws of Malta).**
This so as to regolarize your position

[Signed]                                              [Signed]
Dr. Christian Falzon Scerri                           Legal Procurator Vanessa Magro
*Office of the Attorney General*                      *Office of the Attorney General*
*Valletta*                                            *Valletta*

[Stamp: Apr 09 2012]     [Oval stamp: Registry of the Superior Law Courts, No *28*  Apr 09 2012, PAID]


Sender:   The Attorney General, The Palace, Valletta

Notice:   MERCURY MANAGEMENT LIMITED (C.28103)
          13, Curate Fenech Street, Birzebbuga, BBG 2032, Malta
[handwritten *Mar €6.99 Payment AG Signed*]
                              [Stamp: Today    March 26 2012
                                     Presented by *PL V MAGRO*
                                     with *one* document]


                                              [Signed]
                                              [Stamp: Kenneth Grech
                                                     D/Registrar
                                              Courts of Justice (Malta)]

*Exhibit 1*

[Stamp with handwriting on it:
                    Today _3-29-12_____
I declare and accertain that on the _3-29-12_____
I notified _Mercury Management Ltd_____
personally by giving him/ _____
by leaving in the address given in __B'Bugia_____
_____ in the hands of _??_____
with a copy to_____
this together with and extract from Article 5 of the Acts regarding Judicial Proceedings (Use of the English Language) Chapter 60 of the Laws of Malta.]     [Signed]
                     [Grixti Andrew
                     Marshal
                     Courts of Justice
                     Malta]

[Stamp with handwriting on it:
                    Today _4-11-12_____
I declare and accertain that on the _4-11-12_____
I notified _OFC Ltd_____
personally by giving him/ _____
by leaving in the address given in __B'Bugia_____
_____ in the hands of _Roberta(?) Briffa_____
with a copy to _____
this together with and extract from Article 5 of the Acts regarding Judicial Proceedings (Use of the English Language) Chapter 60 of the Laws of Malta.]     [Signed]
                     [Grixti Andrew
                     Marshal
                     Courts of Justice
                     Malta]

89/2012

**Rogatorji**

FIL-PRIM'AWLA TAL-QORTI ĊIVILI

REGISTRY SUPERIOR COURTS
No: 143
2 6 MAR 2012
PAID

llum 26 ta' Marzu, 2012

OFC Limited

Lil : MERCURY MANAGEMENT LIMITED (C.28103)
13, Curate Fenech Street,
Birżebbugia, BBG 2032
Malta

żieda
9.04.2012

| Reġistru | € 11 65 |
| Reġistru | € 5 82 |
| Notifika | € 1 16 |
|  | € 18 63 |
| Ħlas |  |
|  | AG |

Bil-preżenti, l-Avukat Ġenerali bħala l-Awtorità Ċentrali għall-finijiet ta' l-Att dwar ir-Ratifika ta' Konvenzjonijiet dwar Proċeduri Legali (**Kap. 443 tal-Liġijiet ta' Malta**), filwaqt li jipproċedi fuq it-talba tal-Awtorità Rikjedenti ġewwa Portland, f'Oregon, fl-Istati Uniti tal-Amerika, abbażi tal-Konvenzjoni ta' l-Aja dwar in-Notifika Barra mill-Pajjiż ta' Dokumenti Ġudizzjarji u Estraġudizzjarji f'Affarijiet Ċivili jew Kummerċjali, qed jinnotifikak bid-dokumenti hawn annessi u s-sommarju tiegħu *ai* termini tal-**Artikolu 5 tal-imsemmija Konvenzjoni**.

Din in-notifika qed issir a tenur **tal-Artikolu 187 tal-Kodiċi ta' Organizzazzjoni u Proċedura Ċivili (Kap 12 tal-Liġijiet ta' Malta)**.

Tant biex tagħraf tirregola ruħek.

**Avv. Christian Falzon Sċerri**
*Uffiċċju tal-Avukat Ġenerali*
*Valletta*

**P.L. Vanessa Magro**
*Uffiċċju tal-Avukat Ġenerali*
*Valletta*

REGISTRY SUPERIOR COURTS
No: 28
0 9 APR 2012
PAID

0 9 APR 2012

Mu: € 6.99
Mlo: AG

Mittenti :- L-Avukat Ġenerali, il-Palazz, il-Belt

Notifika :- MERCURY MANAGEMENT LIMITED (C.28103)
13, Curate Fenech Street, Birżebbugia, BBG 2032, Malta

Illum ........2 6 MAR 2012..........
ippreżentata mill- P.L. V. Magro
bl-atti u.............wiehed u'............dokumenti

Kenneth Grech
D/Reġistratur
Courts of Justice (Malta)

Exhibit 2

li-jum __29-3-12__
Ngħid u niżgura li fi __29-3-12__
nnottikajt lil __Hardeny Management Ltd__
personalment billi tajtu /
billi ħallejtu fl-indirizz mogħti __B. Bosic__
.................... f'idejn __Donald Heath__
b'kopja ta' ..................................................
dana flimkien ma' estratt mill-art **5 ta' l-Att dwar**
Proċeduri Ġudizzjarji (Użu ta' l-Ilsien Ingliż), Kapitlu 60
tal-Liġijiet ta' Malta.

Gnxti Andrew
Marixxel
Qrati tal-Ġustizzja
Malta

li-jum __11-4-12__
Ngħid u niżgura li fi __11-4-12__
nnottikajt lil __OEC Ltd__
personalment billi tajtu /
billi ħallejtu fl-indirizz mogħti __B. Bosic__
.................... f'idejn __Rebeka Boffa__
b'kopja ta' ..................................................
dana flimkien ma' estratt mill-art **5 ta' l-Att dwar**
Proċeduri Ġudizzjarji (Użu ta' l-Ilsien Ingliż), Kapitlu 60
tal-Liġijiet ta' Malta.

Gnxti Andrew
Marixxel
Qrati tal-Ġustizzja
Malta