UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, On Behalf of Herself And All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>XCELERA, INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, AND HANS ERIK OLAV,<br><br>                  Defendants. | Civil Action No. 3:12-CV-00188-SRU<br><br><br><br>June 6, 2012 |

## DEFENDANTS XCELERA, INC., VBI CORPORATION, ALEXANDER M. VIK AND GUSTAV M. VIK'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), 9(b) and the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C. § 78u-4, Defendants Xcelera, Inc., VBI Corporation, Alexander M. Vik and Gustav M. Vik (collectively "Defendants"), move to dismiss all counts asserted against them with prejudice. In support of their Motion, the Defendants submit herewith a Memorandum of Law (the "Memorandum") and the signed Declaration of Peter J. Macdonald.

As described in detail in the accompanying Memorandum, Plaintiff's Complaint fails as a matter of law and should be dismissed in its entirety with prejudice because, *inter alia*: (1) Plaintiff fails to state a claim under Section 10(b) of the Exchange Act and Rule 10b-5 thereunder; (2) Plaintiff fails to state a claim under Section 14(e) of the Exchange Act and Rule 14e-3 thereunder; (3) Plaintiff fails to state a claim under Section 20(a) of the Exchange Act; (4) Plaintiff fails to plead claims against each Defendant; (5) Plaintiff fails to identify her

**ORAL ARGUMENT REQUESTED**

transactions in Xcelera Stock within the alleged class period; and (6) Plaintiff's claims are barred by the applicable statutes of limitations (15 U.S.C. § 1658(b) and Conn. Gen. Stat.§ 52-577).

WHEREFORE, the Defendants respectfully move the Court for an Order dismissing all counts in the Complaint as against them with prejudice.

        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        By: /s/ Peter J. Macdonald
            Peter J. Macdonald (admitted pro hac vice)
            David F. Olsky (admitted pro hac vice)
            Wilmer Cutler Pickering Hale and Dorr LLP
            399 Park Avenue
            New York, New York 10022
            Tel: (212) 230-8800
            Fax: (212) 230-8888
            *Attorneys for Defendants Xcelera, Inc., VBI Corp., Alexander M. Vik, and Gustav M. Vik.*

        **WHITMAN BREED ABBOTT**
        **& MORGAN LLC**
            Charles W. Pieterse, ct01577
            Whitman Breed Abbott & Morgan, LLC
            500 West Putnam Avenue
            Greenwich, CT 06830
            Tel:  (203) 862-2332
            Fax: (203) 869-1951
            cpieterse@wbamct.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6th, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:   /s/ David F. Olsky
David F. Olsky (admitted pro hac vice)