IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU<br><br><br><br><br><br><br><br><br>Dated: June 21, 2012 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff Gloria Steginsky ("Plaintiff"), by her undersigned counsel, hereby moves this Court, on consent of defendants Xcelera Inc., VBI Corp., Alexander M. Vik and Gustav M. Vik (the "Moving Defendants"), for entry of an Order extending Plaintiff's time to respond to the Moving Defendants' motion to dismiss and also the Moving Defendant's time to file a reply brief in connection with their motion to dismiss. Plaintiff has vigorously prosecuted this action and respectfully submits that for the following reasons good cause exists for the Court to grant the requested relief:

1.  On February 6, 2012, Plaintiff filed her complaint alleging violations of the Securities and Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78a, *et seq.*, and breaches of fiduciary duty.

2.  Plaintiff subsequently commenced the process of serving the summons and complaint upon Defendants both in the U.S. and abroad.

3.  On April 3, 2012, Plaintiff moved for an entry of default as to defendant

Alexander M. Vik pursuant to Federal Rule of Civil Procedure ("FRCP") 55(a).

4. On April 5, 2012, the Court granted Plaintiff's motion for entry of default against defendant Alexander M. Vik and ordered Plaintiff to file a motion for default judgment pursuant FRCP 55(b) no later than May 5, 2012.

5. On May 4, 2012, Plaintiff and defendants Alexander M. Vik, Gustav Vik and Xcelera Inc. filed a Joint Motion, Stipulation and [Proposed] Order to Set Aside Default Entered Against Alexander M. Vik (the "Motion to Set Aside Default"), agreeing to the effective service upon those defendants and giving them until June 6, 2012 to answer, respond or otherwise plead with respect to the complaint. The Motion to Set Aside Default also specified that in the event those defendants moved for dismissal they would consult with Plaintiff and agree to a reasonable briefing schedule.

6. On May 8, 2012, the Court granted the Motion to Set Aside Default.

7. On May 14, 2012, Plaintiff moved for an entry of default as to defendant OFC Ltd. pursuant to FRCP 55(a).

8. On May 15, 2012, the Court granted Plaintiff's motion for entry of default against defendant OFC Ltd. and ordered Plaintiff to file a motion for default judgment pursuant FRCP 55(b) no later than June 14, 2012.

9. On June 5, 2012, Plaintiff filed a motion for default judgment as to the issue of liability against defendant OFC Ltd. pursuant to FRCP 55(b).

10. On June 6, 2012, the Moving Defendants filed a motion to dismiss the complaint pursuant to FRCP 12(b)(6), 8(a), 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4. The Moving Defendants argue that Plaintiff's complaint should be dismissed because, *inter alia*: (1) Plaintiff fails to state a claim under Section 10(b) of the Exchange Act

and Rule 10b-5 thereunder; (2) Plaintiff fails to state a claim under Section 14(e) of the Exchange Act and Rule 14e-3 thereunder; (3) Plaintiff fails to state a claim under Section 20(a) of the Exchange Act; (4) Plaintiff fails to plead a claim against each Defendant; (5) Plaintiff fails to identify her transactions in Xcelera Stock within the alleged class period; and (6) Plaintiff's claims are barred by the applicable statutes of limitation (15 U.S.C. §1658(b) and Conn. Gen. Stat. §52-577).

11. Pursuant to D. Conn. L. Civ. R. 7(a), Plaintiff's opposition to the Moving Defendants' motion to dismiss is due no later than June 27, 2012, and assuming Plaintiff files her opposition papers that same day, pursuant to D. Conn. L. Civ. R. 7(d), the Moving Defendants' reply papers will be due no later than July 11, 2012.

12. On June 11, 2012, the Court entered an Order setting the hearing on the Moving Defendants' motion to dismiss for October 30, 2012 at 10:00 a.m.

13. To properly respond to all arguments made in the Moving Defendants' motion to dismiss, Plaintiff respectfully requests a thirty (30) day extension of time to file her opposition papers through and including July 27, 2012. Plaintiff also respectfully requests that the Court order the Moving Defendants to file their reply papers thirty-five (35) days later, on August 31, 2012.

14. This is Plaintiff's first request for an extension of time to file their opposition to the Moving Defendants' motion to dismiss the complaint.

15. Plaintiff has consulted with counsel for the Moving Defendants, and counsel does not object to the granting of this motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an extension of time to file her opposition to the Moving Defendants' motion to dismiss the complaint through

and including July 27, 2012, as well as an extension of time for the Moving Defendants to file their reply papers through and including August 31, 2012.

**ABRAHAM, FRUCHTER
 & TWERSKY, LLP**


  /s/  Philip T. Taylor
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP**
Joseph P. Guglielmo (CT 27481)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
jguglielmo@scott-scott.com

**Plaintiff's Counsel**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2012, I caused the MOTION ON CONSENT FOR EXTENSION OF TIME to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |
|---|---|

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2012.

                                                              /s/  Philip T. Taylor
                                                                Philip T. Taylor