# EXHIBIT B

Search        Corporate & Shareholders



**Shareholder Services**
y Services
w Materials Online
quest Paper Copies of Materials
te Your Online Proxy
**st Online**
Q's
w To Invest
Plans
Global Direct
**orate Action Updates**
ow All Companies
ow All Actions
nder Offers
rgers
verse Splits
ghts Offers
demptions
nversions
hers
**eral Shareholder Information**
ount Access

## CORPORATE ACTION DETAILS

### XCELERA INC

Click on link for offer below to view more detail.

If review of the information provided here does not answer a particular question or concern that you may have, please do not hesitate to contact our Shareholder Services Department via any of the means listed on the "Contact us" page (accessible from the upper toolbar).

### TENDER OFFER

TENDER OFFER - INFORMATION AGENT: THE COMPANY - REFER CALLS TO HANS EIRIK OLAV (HEOLAV@GMAIL.COM) OR CALL 011 4793412907

**Related Files** (Click on link to open/download file)

**Historic Dividends**

Home   Contact Us   Live Help   Privacy Policy   Terms & Conditions   FAQs

©2010 American Stock Transfer & Trust Company, LLC. Use of this website represents consent to the Terms and Cond