# EXHIBIT E

Home   Deadlines   About Turner Group   Links   Contact Us   About Malta

Search

| | |
|---|---|
| **Accounts** | |
| **Advisory** | |
| **Audit & Assurance** | |
| **IT & Software Development** | |
| **Legal, Corporate & Compliance** | |
| **Marketing** | |
| **Recruitment** | |
| **Taxation** | |
| **Trust & Fiduciary** | |
| **Grants & Schemes** | |
| **International Services** | |
| **Online Courses** | |
| **Ship Registration** | |

- Introduction
- What is a Trust ?
- Why should one setup a Trust ?
- Interested in forming a Trust ?
- Back Office Services

## Introduction

Mercury Management Ltd. is a company licensed by the Malta Financial Services Authority to act as an authorised trustee.  Registration No: C28103

Mercury Management Ltd. is authorised to enter into fiduciary agreements in order to represent the shareholders on companies.  There are circumstances where, for one reason or another, the shareholders do not want to appear personally as owners of a particular company. In such instances, Mercury Management Ltd. can step in to appear instead of the beneficial owners.

Moreover, Mercury Management Ltd. can offer trustee services.

At Mercury Management Ltd. we are dedicated to meeting your needs today, and into the future. This is demonstrated by the several individuals and companies who have already put their trust in our company.

Mercury Management Ltd. is committed to fostering long-term relationships. Our representatives are well experienced and understand the technical and business nature of issues such as trusts and other related corporate services.

Our corporate business representatives have a thorough knowledge of the financial industry, and can offer advice and strategies on various business and corporate aspects.

At Mercury Management Ltd. you can trust us with all aspects of your financial well-being. As specialists we understand the legal formalities of both corporate and personal business. As professionals we provide an objective view and carry out duties promptly and efficiently. As an organisation we will always be available, providing the stability and depth of experience we are used to offering our clients.

- Newsletters Archive
- Press Releases
- Recommend this Site
- SMS Job Alerts
- Submit your CV Online
- Buy and Renew Domain
- SMS Marketing
- Our Offices
- Premier Customers Login
- Buy Software
- Testimonials
- Careers
- Homeinteriors.com.mt Subscriptions/Renewals
- Online Payment for Courses
- Pay Online

Organizations are constantly gaining competitiveness via the many online channels which exist today …

