EXHIBIT F

**NYSE MKT Company Guide**

# PART 10. Suspension and Delisting (§§1001-1011)

## SUSPENSION AND DELISTING POLICIES (§§1001-1006)

**Sec. 1001. GENERAL**

In considering whether a security warrants continued trading and/or listing on the Exchange, many factors are taken into account, such as the degree of investor interest in the company, its prospects for growth, the reputation of its management, the degree of commercial acceptance of its products, and whether its securities have suitable characteristics for auction market trading. Thus, any developments which substantially reduce the size of a company, the nature and scope of its operations, the value or amount of its securities available for the market, or the number of holders of its securities, may occasion a review of continued listing by the Exchange. Moreover, events such as the sale, destruction, loss or abandonment of a substantial portion of its business, the inability to continue its business, steps towards liquidation, or repurchase or redemption of its securities, may also give rise to such a review.

**Sec. 1002. POLICIES WITH RESPECT TO CONTINUED LISTING**

The Rules of the Exchange provides that the Board of Directors may, in its discretion, at any time, and without notice, suspend dealings in, or may remove any security from, listing or unlisted trading privileges.

The Exchange, as a matter of policy, will consider the suspension of trading in, or removal from listing or unlisted trading of, any security when, in the opinion of the Exchange:

(a) the financial condition and/or operating results of the issuer appear to be unsatisfactory; or

(b) it appears that the extent of public distribution or the aggregate market value of the security has become so reduced as to make further dealings on the Exchange inadvisable; or

(c) the issuer has sold or otherwise disposed of its principal operating assets, or has ceased to be an operating company; or

(d) the issuer has failed to comply with its listing agreements with the Exchange; or

(e) any other event shall occur or any condition shall exist which makes further dealings on the Exchange unwarranted. (See §127)

**Adopted.**

April 14, 2006 (Amex-2006-04).

**Amended.**

September 29, 2008 (Amex-2008-62).

### Sec. 1003. APPLICATION OF POLICIES

The Exchange has adopted certain standards, outlined below, under which it will normally give consideration to suspending dealings in, or removing, a security from listing or unlisted trading. When an issuer falls below any of the continued listing standards, the Exchange will review the appropriateness of continued listing. The Exchange may give consideration to any action that an issuer proposes to take that would enable it to comply with the continued listing standards. The specific procedures and timelines regarding such proposals are set forth in Section 1009. However, the standards set forth below in no way limit or restrict the Exchange in applying its policies regarding continued listing, and the Exchange may at any time, in view of the circumstances in each case, suspend dealings in, or remove, a security from listing or unlisted trading when in its opinion such security is unsuitable for continued trading on the Exchange. Such action will be taken regardless of whether the issuer meets or fails to meet any or all of the standards discussed below.

(a) *Financial Condition and/or Operating Results*—The Exchange will normally consider suspending dealings in, or removing from the list, securities of an issuer which:

  (i) has stockholders' equity of less than $2,000,000 if such issuer has sustained losses from continuing operations and/or net losses in two of its three most recent fiscal years; or

  (ii) has stockholders' equity of less than $4,000,000 if such issuer has sustained losses from continuing operations and/or net losses in three of its four most recent fiscal years; or

  (iii) has stockholders' equity of less than $6,000,000 if such issuer has sustained losses from continuing operations and/or net losses in its five most recent fiscal years; or

  (iv) has sustained losses which are so substantial in relation to its overall operations or its existing financial resources, or its financial condition has become so impaired that it appears questionable, in the opinion of the Exchange, as to whether such issuer will be able to continue operations and/or meet its obligations as they mature.

However, the Exchange will not normally consider suspending dealings in, or removing from the list, the securities of an issuer which is below any of standards (i) through (iii) above if the issuer is in compliance with the following:

  (1) Total value of market capitalization * of at least $50,000,000; or total assets and revenue of $50,000,000 each in its last fiscal year, or in two of its last three fiscal years; and

  (2) The issuer has at least 1,100,000 shares publicly held, a market value of publicly held shares of at least $15,000,000 and 400 round lot shareholders.

Issuers falling below one of the above standards and considering a combination with an unlisted company should see Section 341 for the discussion of the Exchange's listing policies contained therein.

(b) *Limited Distribution—Reduced Market Value*—The Exchange will normally consider suspending dealings in, or removing from the list, a security when any one or more of the following conditions exist:

   (i) *common stock*:

      (A) if the number of shares publicly held (exclusive of holdings of officers, directors, controlling shareholders or other family or concentrated holdings) is less than 200,000; or

      (B) if the total number of public shareholders is less than 300; or

      (C) if the aggregate market value of shares publicly held is less than $1,000,000 for more than 90 consecutive days.

   (ii) *warrants*:

if the number of warrants publicly held is less than 50,000;

   (iii) *preferred stock*:

      (A) if the number of shares publicly held is less than 50,000; or

      (B) if the aggregate market value of shares publicly held is less than $1,000,000;

   (iv) *bonds*:

      (A) if the aggregate market value or the principal amount of bonds publicly held is less than $400,000; or

      (B) if the issuer is not able to meet its obligations on the listed debt securities.

   (v) *Closed-End Funds*:

      (A) If the total market value of publicly held shares and net assets are each less than $5,000,000 for more than 60 consecutive days; or

      (B) It ceases to qualify as a closed-end fund under the Investment Company Act of 1940 (unless the resultant entity otherwise qualifies for listing).

(c) *Disposal of Assets—Reduction of Operations*—The Exchange will normally consider suspending dealings in, or removing from the list, securities of an issuer whenever any of the following events shall occur:

(i) If the issuer has sold or otherwise disposed of its principal operating assets or has ceased to be an operating company or has discontinued a substantial portion of its operations or business for any reason whatsoever, including, without limitation, such events as sale, lease, spin-off, distribution, foreclosure, discontinuance, abandonment, destruction, condemnation, seizure or expropriation. Where the issuer has substantially discontinued the business that it conducted at the time it was listed or admitted to trading, and has become engaged in ventures or promotions which have not developed to a commercial stage or the success of which is problematical, it shall not be considered an operating company for the purposes of continued trading and listing on the Exchange.

(ii) If liquidation of the issuer has been authorized. However, where such liquidation has been authorized by stockholders and the issuer is committed to proceed, the Exchange will normally continue trading until substantial liquidating distributions have been made.

(iii) If advice has been received, deemed by the Exchange to be authoritative, that the security is without value. In this connection, it should be noted that the Exchange does not pass judgment upon the value of any security.

(d) *Failure to Comply with Listing Agreements and/or SEC Requirements*—The securities of an issuer failing to comply with its listing or other agreements with the Exchange and/or SEC Requirements in any material respect (*e.g.*, failure to distribute annual reports when due, failure to report interim earnings, failure to observe Exchange policies regarding timely disclosure of important corporate developments, failure to solicit proxies, issuance of additional shares of a listed class without prior listing thereof, failure to obtain shareholder approval of corporate action where required by Exchange policies, failure to provide requested information within a reasonable period of time or providing information that contains a material misrepresentation or omits material information necessary to make the communication to the Exchange not misleading, etc.) are subject to suspension from dealings and, unless prompt corrective action is taken, removal from listing.

(e) *Convertible Bonds*—A debt security convertible into a listed equity security will be reviewed when the underlying equity security is delisted and will be delisted when the underlying equity security is no longer subject to real-time trade reporting in the United States. In addition, if common stock is delisted for violation of any of the "Corporate Responsibility" standards in Sections 120-126, the Exchange will also delist any listed debt securities convertible into that common stock.

(f) *Other Events*—The Exchange will normally consider suspending dealings in, or removing from the list, a security when any one of the following events shall occur:

(i) *Registration No Longer Effective*—If the registration (or exemption from registration thereof) pursuant to the Securities Exchange Act of 1934 is no longer effective.

(ii) *Payment, Redemption or Retirement of Entire Class, Issue or Series*—If the entire outstanding amount of a class, issue or series is retired through payment at maturity or through redemption, reclassification or otherwise. In such event, the Exchange may, at a

time which is appropriate under all the circumstances of the particular case, suspend dealings in the security and, in the case of a listed security, give notice to the SEC, on Form 25, of the Exchange's intention to remove such security from listing and registration as required by Rule 12d2-2(a) under the Securities Exchange Act of 1934.

(iii) *Operations Contrary to Public Interest*—If the issuer or its management shall engage in operations which, in the opinion of the Exchange, are contrary to the public interest.

(iv) *Failure to Pay Listing Fees*—If the issuer shall fail or refuse to pay, when due, any applicable listing fees established by the Exchange.

(v) *Low Selling Price Issues*—In the case of a common stock selling for a substantial period of time at a low price per share, if the issuer shall fail to effect a reverse split of such shares within a reasonable time after being notified that the Exchange deems such action to be appropriate under all the circumstances. In its review of the question of whether it deems a reverse split of a given issue to be appropriate, the Exchange will consider all pertinent factors including, market conditions in general, the number of shares outstanding, plans which may have been formulated by management, applicable regulations of the state or country of incorporation or of any governmental agency having jurisdiction over the issuer, the relationship to other Exchange policies regarding continued listing, and, in respect of securities of foreign issuers, the general practice in the country of origin of trading in low-selling price issues.

(g) *Units*:

(i) If any of the component parts of a unit do not meet the applicable listing standards, such component parts and the unit will be subject to the provisions of Section 1009 (Continued Listing Evaluation and Follow-Up). However, if one or more of the components is otherwise qualified for listing, that component may remain listed.

(ii) For the purposes of determining whether an individual component satisfies the applicable distribution requirements specified in the Exchange's continued listing standards in paragraph (b) above, the units that are intact and freely separable into their component parts shall be counted toward the total numbers required for continued listing of the component.

(iii) Notwithstanding paragraph (g)(ii) above, the Exchange will consider the suspension of trading in, or removal from listing of, any individual component or unit when, in the opinion of the Exchange, it appears that the extent of public distribution or the aggregate market value of such component or unit has become so reduced as to make continued listing on the Exchange inadvisable. In its review of the advisability of the continued listing of an individual component or unit, the Exchange will consider the trading characteristics of such component or unit and whether it would be in the public interest for trading to continue.

**Adopted.**

May 8, 2002 (Amex-2001-47).

**Amended.**

November 7, 2002 (Amex-2002-55).

January 3, 2003 (Amex-2002-097).

October 21, 2003 (Amex-2003-83).

June 21, 2005 (Amex-2005-028).

April 26, 2007 (Amex-2006-114).

January 10, 2008 (Amex-2007-89).

September 29, 2008 (Amex-2008-62).

March 13, 2009 (NYSEALTR-2009-24).

May 14, 2012 (NYSEAmex-2012-32).

[*] Market capitalization for purposes of Section 1003 includes the total common stock outstanding (excluding treasury shares) as well as any common stock that would be issued upon conversion of another outstanding equity security, if such other security is a "substantial equivalent" of common stock. Generally, the security must be (1) publicly traded or quoted, or (2) convertible into a publicly traded or quoted security. A convertible security will be considered the "substantial equivalent" of common stock if the convertible security is presently convertible, and the conversion price is equal to or less than the current market price of the common stock. For partnerships, the current capital structure will be analyzed to determine whether it is appropriate to include other publicly traded or quoted securities in the calculation.

## Sec. 1004. PROSPECTIVE APPLICATION OF DELISTING POLICIES

The Exchange's delisting policies will be applied prospectively to companies which originally qualified for listing pursuant to §101(b).

**Adopted.**

May 8, 2002 (Amex-2001-47).

## Sec. 1005. POLICIES GOVERNING INVESTMENT TRUSTS LISTED PURSUANT TO §118A

The Exchange will consider the suspension of trading in, or removal from listing, any investment Trust when, in its opinion, further dealing in such securities appears unwarranted under any of the following circumstances:

(a) the financial condition and/or operating results of the issuer of the securities held by the Trust appear to be unsatisfactory. In applying this policy, the Exchange will take into account the criteria set forth in §1003(a) of the Guide; or

(b) the total assets and net worth of the issuer of the securities held by the Trust is less than $25 million and $4 million, respectively; or

(c) there are less than 400 record and/or beneficial holders of Trust units (or trading components thereof); or

(d) if less than 200,000 Trust units (or trading components thereof) remain outstanding; or

(e) the issuer of the securities held by the Trust has sold or otherwise disposed of its principal operating assets, or has ceased to be an operating company; or

(f) there has been a failure on the part of the Trust and/or the Trustee to comply with the Exchange's listing policies or agreements; or

(g) such other event shall occur or condition exists which, in the opinion of the Exchange, makes further dealings on the Exchange inadvisable.

## Sec. 1006. POLICIES GOVERNING INVESTMENT TRUSTS LISTED PURSUANT TO §118B.

The Exchange will consider the suspension of trading in, or removal from listing of any Trust when, in its opinion, further dealing in such securities appears unwarranted under any of the following circumstances:

(a) if the Trust has more than 60 days remaining until termination and there are less than 50 record and/or beneficial holders of shares, units or trading components thereof for 20 or more consecutive trading days; or

(b) if there has been a failure on the part of the Trust and/or Trustee to comply with the Exchange's listing policies or agreements; or

(c) if such other event shall occur or condition exists which, in the opinion of the Exchange, makes further dealings on the Exchange inadvisable.

## SUSPENSION AND DELISTING PROCEDURES (§§1009, 1010, 1011)

## Sec. 1009. CONTINUED LISTING EVALUATION AND FOLLOW-UP

(a) The following procedures shall be applied by the Exchange staff to companies identified as being below the Exchange's continued listing policies and standards. Notwithstanding such procedures, when necessary or appropriate:

(i) the Exchange staff may issue a Warning Letter to a company with respect to a minor violation of the Exchange's corporate governance or shareholder protection requirements (other than violations of the requirements pursuant to Rule 10A-3 under the Securities Exchange Act of 1934); or

(ii) for the protection of investors, the Exchange may immediately suspend trading in any security, and make application to the SEC to delist the security and/or the Exchange staff may truncate the procedures specified in this Section.

(b) Once the Exchange staff identifies, through internal reviews or notice (a press release, news story, company communication, etc.), a company as being below the continued listing criteria set forth in §§1001 through 1006 (and not able to otherwise qualify under an initial listing standard), the Exchange staff will notify the company by letter (a "Deficiency Letter") of its status within 10 business days. The Deficiency Letter will also provide the company with an opportunity to provide the Exchange staff with a plan (the "Plan") advising the Exchange staff of action the company has taken, or will take, that would bring it into compliance with the continued listing standards within 18 months of receipt of the Deficiency Letter. However, the Exchange staff may establish a time period of less than 18 months for a company to regain compliance with some or all of the continued listing standards if it determines that the nature and circumstances of the company's particular continued listing status warrant such shorter period of time (see Commentary .01). Within four business days after receipt of the Deficiency Letter, the company must contact the Exchange staff to confirm receipt of the notification, discuss any possible financial data of which the Exchange staff may be unaware, and indicate whether or not it plans to present a Plan; otherwise, delisting proceedings will commence.

(c) The company has 30 days from the receipt of the Deficiency Letter to submit its Plan to the Exchange staff for review. However, the Exchange staff may require submission of a company's Plan within less than 30 days (but in no event less than seven days) if the Exchange staff has established a time period of 90 days or less for the company to regain compliance with some or all of the continued listing standards pursuant to paragraph (b) of this Section. If it does not submit a Plan within the specified time period, delisting procedures will commence. The Plan must include specific milestones, quarterly financial projections, and details related to any strategic initiatives the company plans to complete. Exchange staff will evaluate the Plan, including any additional documentation that supports the Plan, and make a determination as to whether the company has made reasonable demonstration in the Plan of an ability to regain compliance with the continued listing standards within the time period described in paragraph (b) of this Section. The Exchange staff will make such determination within 45 days of receipt of the proposed Plan (or such shorter period of time as is consistent with the time period established by the Exchange staff for the company to regain compliance pursuant to paragraph (b) of this Section), and will promptly notify the company of its determination in writing.

(d) If the Exchange staff does not accept the Plan, the Exchange staff will promptly initiate delisting proceedings. The company may appeal the Exchange staff's determination not to accept the Plan, and request a review thereof, in accordance with §1010 and Part 12.

(e) If the Exchange staff accepts the Plan, the company must make a public announcement through the news media, within four business days from receipt of the notification thereof, disclosing that the Exchange has accepted the Plan, that the company's listing is being continued pursuant to an exception, and the term of the extension (the "Plan Period"). The Exchange staff will review the company on a quarterly basis for compliance with the Plan. If the company does not show progress consistent with the Plan, the Exchange staff will review the circumstances and variance, and determine whether such variance warrants the commencement of delisting procedures. Should the Exchange staff determine to proceed with delisting proceedings, it may do so regardless of the company's continued listing status at that time.

(f) If, prior to the end of the Plan Period, the company is able to demonstrate compliance with the continued listing standards (or that it is able to qualify under an original listing standard) for a period of two consecutive quarters, the Exchange staff will deem the Plan Period over. If the company does not meet continued listing standards at the end of the Plan Period, the Exchange staff will promptly initiate delisting procedures.

(g) The company may appeal an Exchange staff determination, pursuant to paragraph (e) or (f), to initiate delisting proceedings, and request a review thereof, in accordance with §1010 and Part 12.

(h) If the company, within 12 months of the end of the Plan Period (including any early termination of the Plan Period under the procedures described in paragraph (g)), is again determined to be below continued listing standards, the Exchange staff will examine the relationship between the two incidents of falling below continued listing standards and re-evaluate the company's method of financial recovery from the first incident. It will then take appropriate action, which, depending upon the circumstances, may include truncating the procedures described above or immediately initiating delisting proceedings.

(i) The provisions of this Section are also applicable to the trading of securities admitted to unlisted trading privileges.

(j) An issuer that receives a Warning Letter pursuant to paragraph (a)(i) of this Section and/or a Deficiency Letter pursuant to paragraph (b) of this Section that it is below the continued listing criteria shall make a public announcement through the news media that it has received such Warning Letter and/or Deficiency Letter, and must include the specific policies and standards upon which the determination is based. Prior to the release of the public announcement, the issuer shall provide such announcement to Exchange's StockWatch and Listing Qualifications Departments. [**] The public announcement shall be made as promptly as possible, but not more than four business days following receipt of the Warning Letter or Deficiency Letter, as applicable.

**Adopted.**

May 8, 2002 (Amex-2001-47).

**Amended.**

December 1, 2003 (Amex-2003-065).

April 16, 2004 (Amex-2003-110).

April 21, 2005 (Amex-2005-027).

April 14, 2006 (Amex-2006-04).

September 29, 2008 (Amex-2008-62).

May 14, 2012 (NYSEAmex-2012-32).

• • • *Commentary* ------------------

**.01** In determining whether to establish a time period of less than 18 months for a company to regain compliance with some or all of the continued listing standards, pursuant to paragraph (b), the Exchange staff will consider whether, in view of the nature and severity of the particular continued listing deficiency, including the investor protections concerns raised, 18 months would be an inappropriately long period of time to regain compliance. While it is not possible to enumerate all possible circumstances, the following is a non-exclusive list of the types of continued listing deficiencies that, based on the a particular listed company's unique situation, may result in imposition of a shorter time period: delinquencies with respect to SEC filing obligations, severe short-term liquidity and/or financial impairment, present or potential public interest concerns;[1] deficiencies with respect to the requisite distribution requirements that make the security unsuitable for auction market trading.

------------------

**Adopted.**

April 16, 2004 (Amex-2003-110)

[**] Notification should be provided to the Exchange's StockWatch Department at (212) 306-8383 (telephone), (212) 306-1488 (facsimile), and Listing Qualifications Department at (212) 306-1331 (telephone), (212) 306-5325 (facsimile).

[1] Public interest concerns could include, for example, situations where the company, a corporate officer or affiliate is the subject of a criminal or regulatory investigation or action; or the company's auditors have resigned and withdrawn their most recent audit opinion raising concerns regarding the internal controls and financial reporting process. However, other situations not specifically enumerated could also raise public interest concerns regarding the appropriateness of a particular company's continued listing.

**Sec. 1010. PROCEDURES FOR DELISTING AND REMOVAL**

(a) The action required to be taken by the Exchange to strike a class of securities from listing and registration following certain corporate actions (as specified in Rule 12d2-2(a) promulgated under the Securities Exchange Act of 1934), such as where the entire security class is matured, redeemed, retired or extinguished by operation of law is set forth in Rule 12d2-2(a) promulgated under the Securities Exchange Act.

(b) Whenever the Exchange determines, in accordance with Section 1009 or otherwise, that a class of securities should be removed from listing (or unlisted trading) for reasons other than the reasons specified in paragraph (a), it will follow the procedures contained in Part 12.

(c) Whenever the Exchange staff is authorized to file an application with the Securities and Exchange Commission on Form 25 to strike a class of securities from listing and registration for reasons other than certain corporate actions (as specified in Rule 12d2-2(a) promulgated under the Securities Exchange Act of 1934), the following procedures are applicable:

(i) The Exchange staff will file an application with the Securities and Exchange Commission on Form 25, with a statement attached that sets forth the specific grounds on which the delisting is based, in accordance with Sections 19(d) and 6(d) of the Exchange Act, and will promptly deliver a copy of such form and attached statement to the issuer of the class of securities which is subject to delisting and deregistration. The Form 25 will be filed at least ten days prior to the date the delisting is anticipated to be effective.

(ii) The Exchange will provide public notice of its final determination to strike the class of securities from listing by issuing a press release and posting notice on the Exchange's Web site at least ten days prior to the date that the delisting is anticipated to be effective. The posting will remain on the Exchange's Web site until the delisting is effective.

(iii) The issuer of the class of securities which is subject to delisting must comply with all applicable reporting and disclosure obligations including, but not limited to, obligations mandated by the Exchange, state laws in effect in the state in which the issuer is incorporated, and the federal securities laws.

(d) An issuer may voluntarily withdraw its securities from listing and registration on the Exchange as permitted by and in accordance with Exchange Rule 18 and Rule 12d2-2 under the Securities Exchange Act of 1934.

(e) As required by Rule 12d2-2 under the Securities Exchange Act of 1934, upon receiving written notice from an issuer that such issuer has determined to withdraw a class of securities from listing on the Exchange pursuant to paragraph (d), the Exchange will provide notice on its Web site of the issuer's intent to delist its securities beginning on the business day following such notice, which will remain posted on the Exchange's Web site until the delisting on Form 25 is effective.

**Adopted.**

September 6, 2001 (Amex-2001-36).

**Amended.**

May 8, 2002 (Amex-2001-47).

April 17, 2006 (Amex-2005-107).

July 31, 2008 (Amex-2008-59).

September 25, 2008 (Amex-2008-65).

## Sec. 1011. DELISTING APPLICATION BY COMPANY

Rescinded.

**Adopted.**

April 17, 2006 (Amex-2005-107).

**Amended.**

July 31, 2008 (Amex-2008-59).