### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | : | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | : | |
| vs. | : | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | : | |
| Defendants. | : | Dated: July 27, 2012 |

_____

## DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Jeffrey S. Abraham, declare:

1. I am a member of the Bar of the State of New York, have been admitted to this Court *pro hac vice* with respect to the above-captioned action. I am a partner at Abraham, Fruchter & Twersky, LLP, counsel for Plaintiff Gloria Steginsky ("Plaintiff") in the above-captioned action. I respectfully submit this declaration in support of Plaintiff's opposition to Defendants' motion to dismiss.

2. Attached hereto as Exhibit A, is a true and correct, redacted copy of the Letter of Transmittal to Tender Shares of Common Stock of Xcelera Inc. at $0.25 Net Per Share in Cash Pursuant to the Offer to Purchase dated 17th December 2010 by OFC Limited, Malta.

3. Attached hereto as Exhibit B, is a true and correct copy of the page from American Stock Transfer & Trust Company, LLC's website (available at: http://www.amstock.

com/CorporateAction/Corp_Action_MemoDetail.asp?MemoID=056712010123100&CoName=XCELERA%20INC) concerning the tender offer (the "Tender Offer") for Xcelera, Inc. common stock listing defendant Hans Eirik Olav ("Olav") as the contact person with respect to the Tender Offer.

4. Attached hereto as Exhibit C, is a true and correct copy of the Declaration of Alexander Vik (without the exhibits thereto) dated October 28, 2008 and submitted in an action entitled *Sebastian Holdings, Inc. v. Kugler*, Civil Action No. 3:08 CV 1131 RNC (D. Conn.). In the Declaration, Alexander Vik admits that VBI Corporation controls Xcelera (¶20) and that Olav manages a portfolio exceeding $50 million for Vik's personal holding company Sebastian Holdings, Inc. (¶50).

5. Attached hereto as Exhibit D, is a true and correct copy of the Memorandum and Articles of Association of OFC Ltd. ("OFC") which states that Mercury Management Limited ("Mercury Management") is the sole shareholder of OFC.

6. Attached hereto as Exhibit E, is a true and correct copy of Mercury Management's website (available at: http://www.turnergroupmalta.com/en/Trust+%2526+Fiduciary/Introduction) which states that:

> There are circumstances where, for one reason or another, the shareholders do not want to appear personally as owners of a particular company. In such instances, Mercury Management Ltd. can step in to appear instead of the beneficial owners.

7. Attached hereto as Exhibit F, is a true and correct copy of an excerpt from the NYSE MKT Company Guide governing the Suspension and Delisting Policies applicable to shares trading on the American Stock Exchange ("AMEX") (available at: http://nyseamexrules.nyse.com/AMEXtools/PlatformViewer.asp?SelectedNode=chp_1_1_10&manual=/AMEX/CompanyGuide/amex-company-guide/).

8. Attached hereto as Exhibit G, is a true and correct copy of letter dated September 1, 2005 from the Securities and Exchange Commission to Alexander Vik warning (at page 1) that: "[Xcelera] may be subject, without further notice, to an administrative proceeding to revoke its registration under the Securities Exchange Act of 1934."

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of July, 2012, at New York, New York.

       /s/ Jeffrey S. Abraham
       Jeffrey S. Abraham