# EXHIBIT A

Letter of Transmittal To Tender Shares of Common Stock
of
## XCELERA INC.
at $0.25 Net Per Share in Cash Pursuant to the Offer to Purchase dated 17th December 2010 by
### OFC Limited, Malta

*The undersigned represents that I (we) have full authority to surrender without restriction the certificate(s) listed below. You are hereby authorized and instructed to deliver to the address indicated below (unless otherwise instructed in the boxes in the following page) a check representing a cash payment for shares of common stock par value $0.001 per share, of Xcelera Inc. (Xcelera) (collectively, the "Shares") tendered pursuant to this Letter of Transmittal, at a price of $0.25 per share, net to the seller in cash, without interest and less any applicable withholding taxes, upon the terms and subject to the conditions set forth in the Offer to Purchase, October 20th 2010 (as it may be amended or supplemented from time to time, the "Offer to Purchase" and, together with this Letter of Transmittal, as it may be amended or supplemented from time to time, the "Offer").*

THE OFFER AND WITHDRAWAL RIGHTS WILL EXPIRE AT 12:00 MIDNIGHT, NEW YORK CITY TIME, ON MONDAY 31ST JANUARY, 2011, UNLESS THE OFFER IS EXTENDED (SUCH DATE AND TIME, AS IT MAY BE EXTENDED, THE "EXPIRATION DATE") OR EARLIER TERMINATED.

Method of delivery of the certificate(s) is at the option and risk of the owner thereof. *See Instruction 2.*

Mail or deliver this Letter of Transmittal, or a facsimile, together with the certificate(s) representing your shares, to:



LINK GROUP

| If delivering by mail: | If delivering by hand or courier: |
|---|---|
| American Stock Transfer & Trust Company, LLC | American Stock Transfer & Trust Company, LLC |
| Operations Center | Operations Center |
| Attn: Reorganization Department | Attn: Reorganization Department |
| P.O. Box 2042 | 6201 15th Avenue |
| New York, New York 10272-2042 | Brooklyn, New York 11219 |

Pursuant to the offer of OFC Limited, Malta ("Purchaser") to purchase all outstanding Shares of Xcelera Inc., the undersigned encloses herewith and surrenders the following certificate(s) representing Shares of Xcelera Inc.

| Name(s) and Address(es) of Registered Owner(s) (If blank, please fill in exactly as name(s) appear(s) on share certificate(s)) | DESCRIPTION OF SHARES SURRENDERED | | | |
|---|---|---|---|---|
| | Shares Surrendered (attached additional list if necessary) | | | |
| | Certificated Shares** | | | |
| | Certificate Number(s)* | Total Number of Shares Represented by Certificate(s)* | Number of Shares Surrendered** | Book Entry Shares Surrendered |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Shares | | | |

\* Need not be completed by book-entry stockholders.
\*\* Unless otherwise indicated, it will be assumed that all shares of common stock represented by certificates described above are being surrendered hereby.

## IMPORTANT TAX INFORMATION

Under United States federal income tax law, a stockholder that is a non-exempt United States person (for U.S. federal income tax purposes) whose tendered Shares are accepted for payment, or whose Shares are converted in the Merger, is required by law to provide the Depositary (as payer) with such stockholder's correct TIN on Form W-9 below. If such stockholder is an individual, the TIN is such stockholder's social security number. If the Depositary is not provided with the correct TIN, the stockholder may be subject to penalties imposed by the Internal Revenue Service ("IRS") and payments that are made to such stockholder with respect to Shares purchased pursuant to the Offer, or converted in the Merger, may be subject to backup withholding.

If backup withholding applies, the Depositary is required to withhold 28% of any payments of the purchase price made to the stockholder. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund or credit may be obtained from the IRS provided that the required information is furnished to the IRS.

**Form W-9**

To prevent backup withholding on payments that are made to a United States stockholder with respect to Shares purchased pursuant to the Offer or converted in the Merger, as applicable, the stockholder is required to notify the Depositary of such stockholder's correct TIN by completing Form W-9 certifying, under penalties of perjury, (i) that the TIN provided on Form W-9 is correct (or that such stockholder is awaiting a TIN), (ii) that such stockholder is not subject to backup withholding because (a) such stockholder has not been notified by the IRS that such stockholder is subject to backup withholding as a result of a failure to report a interest or dividends, (b) the IRS has notified such stockholder that such stockholder is no longer subject to backup withholding or (c) such stockholder is exempt from backup withholding, and (iii) that such stockholder is a U.S. person.

**What Number to Give the Depositary**

Each United States stockholder is generally required to give the Depositary its social security number or employer identification number. If the tendering stockholder has not been issued a TIN and has applied for a number or intends to apply for a number in the near future, the stockholder should write "Applied For" in Part I, sign and date the Form W-9. Notwithstanding that "Applied For" is written in Part I, the Depositary will withhold 28% of all payments of the purchase price to such stockholder until a TIN is provided to the Depositary. Such amounts will be refunded to such surrendering stockholder if a TIN is provided to the Depositary within 60 days. We note that your Form W-9, including your TIN, may be transferred from the Depositary to the Paying Agent, in certain circumstances.

Please consult your accountant or tax advisor for further guidance regarding the completion of IRS Form W-9, IRS Form W-8BEN, or another version of IRS Form W-8 to claim exemption from backup withholding, or contact the Depositary.

PLEASE READ THE INSTRUCTIONS ACCOMPANYING THIS LETTER OF TRANSMITTAL CAREFULLY BEFORE COMPLETING THIS LETTER OF TRANSMITTAL.

You have received this Letter of Transmittal in connection with the offer of OFC Limited, Malta, a Maltese corporation, to purchase all outstanding shares of common stock, par value $0.001 per share, of Xcelera Inc., a Cayman Island corporation ("Xcelera"), of Xcelera (collectively, the "Shares"), at a price of $0.25 per Share, net to the seller in cash, without interest and less any applicable withholding taxes, as described in the Offer to Purchase, dated 17th December 2010 (as it may be amended or supplemented from time to time, the "Offer to Purchase" and, together with this Letter of Transmittal, as it may be amended or supplemented from time to time, the "Offer").

You should use this Letter of Transmittal to deliver to American Stock Transfer & Trust Company (the "Depositary") Shares represented by stock certificates, or held in book-entry form on the books of Xcelera, for tender. If you are delivering your Shares book-entry transfer to an account maintained by the Depositary at The Depository Trust Company ("DTC"), you must use an Agent's Message (as defined in Instruction 2 below). In this Letter of Transmittal, stockholders who deliver certificates representing their Shares are referred to as "Certificate Stockholders," and stockholders who deliver their Shares through book-entry transfer are referred to as "Book-Entry Stockholders."

If certificates for your Shares are not immediately available or you cannot deliver your certificates and all other required documents to the Depositary prior to the Expiration Date or you cannot complete the book-entry transfer procedures prior to the Expiration Date, you may nevertheless tender your Shares according to the guaranteed delivery procedures set forth in Section 3 of the Offer to Purchase. See Instruction 2 below. Delivery of documents to DTC will not constitute delivery to the Depositary.

CHECK HERE IF TENDERED SHARES ARE BEING DELIVERED BY BOOK-ENTRY TRANSFER TO THE ACCOUNT MAINTAINED BY THE DEPOSITARY WITH DTC AND COMPLETE THE FOLLOWING (ONLY FINANCIAL INSTITUTIONS THAT ARE PARTICIPANTS IN DTC MAY DELIVER SHARES BY BOOK-ENTRY TRANSFER):

Name of Tendering
Institution:_____

DTC Participant
Number:_____

Transaction Code
Number:_____

PAYER'S NAME: AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC

| SUBSTITUTE FORM W-9 Department of the Treasury Internal Revenue Service Payer's Request for Taxpayer Identification Number (TIN) and Certification | Part 1 — PLEASE PROVIDE YOUR TIN IN THE BOX AT RIGHT AND CERTIFY BY SIGNING AND DATING BELOW | Social Security Number OR Employer Identification Number |
|---|---|---|
| | Part 2 — FOR PAYEES EXEMPT FROM BACKUP WITHHOLDING (See Page 2 of enclosed Guidelines) | |
| | Part 3—Certification Under Penalties of Perjury, I certify that: <br>(1) The number shown on this form is my current taxpayer identification number (or I am waiting for a number to be issued to me), <br>(2) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (the "IRS") that I am subject to backup withholding as a result of failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding and <br>(3) I am a U.S. person (including a U.S. resident alien). | Part 4— Awaiting TIN ☐ |
| | Certification instructions — You must cross out item (2) in Part 3 above if you have been notified by the IRS that you are subject to backup withholding because of underreporting interest or dividends on your tax return. However, if after being notified by the IRS that you are subject to backup withholding you receive another notification from the IRS stating that you are no longer subject to backup withholding, do not cross out item (2). <br>SIGNATURE_____DATE_____ <br>NAME_____ <br>ADDRESS_____ <br>CITY_____STATE_____ZIP CODE_____ | |

YOU MUST COMPLETE THE FOLLOWING CERTIFICATE IF YOU CHECK THE BOX IN PART 4 OF SUBSTITUTE FORM W-9

PAYER'S NAME: American Stock Transfer & Trust Company, LLC

CERTIFICATE OF AWAITING TAXPAYER IDENTIFICATION NUMBER

I certify, under penalties of perjury, that a taxpayer identification number has not been issued to me, and either (a) I have mailed or delivered an application to receive a taxpayer identification number to the appropriate Internal Revenue Service Center or Social Security Administration Office or (b) I intend to mail or deliver an application in the near future. I understand that if I do not provide a taxpayer identification number before payment is made, a portion of such reportable payment will be withheld.

_____     _____
Signature                                 Date

NOTE: FAILURE TO COMPLETE AND RETURN THIS FORM MAY RESULT IN BACKUP WITHHOLDING OF A PORTION OF ANY PAYMENT MADE TO YOU PURSUANT TO THE MERGER. PLEASE REVIEW THE ENCLOSED GUIDELINES FOR CERTIFICATION OF TAXPAYER IDENTIFICATION NUMBER ON SUBSTITUTE FORM W-9 FOR ADDITIONAL DETAILS.

## XCELERA INC.

(incorporated and registered in Cayman Islands)

### Tender Offer

By OFC Limited, Malta, to purchase up to 10.000.000 (ten million) ordinary shares of Xcelera Inc. at a price of USD 0.25/share (25 cents/share). The purchaser reserves the right at any time to change the number of shares to be purchased and the price for these shares. This Tender Offer is valid until 31 January, 2011. The purchaser reserves the right to change the time limit as and when deemed necessary by the purchaser.

### TENDER FORM

If you hold ordinary shares in uncertificated form only do NOT complete this Tender Form

## PLEASE FILL IN THIS FORM IN BLOCK CAPITALS IF YOU WISH TO TENDER ORDINARY SHARES

NAME(S) AND ADDRESS(ES) OF REGISTERED HOLDER(S)

..................................................................................

..................................................................................

I/WE THE UNDERSIGNED TENDER TO OFC Ltd, Malta THE FOLLOWING NUMBER OF ORDINARY SHARES:

TOTAL NUMBER OF SHARES: _____

PLACE AND DATE:

SIGNATURE OF EACH INDIVIDUAL REGISTERED HOLDER(S):

_____

_____
(DTC Account Number)

### SPECIAL DELIVERY INSTRUCTIONS
(See Instructions 1, 4, 5 and 7)

To be completed ONLY if Share Certificate(s) not tendered or not accepted for payment and/or the check for the purchase price of Shares accepted for payment are to be sent to someone other than the undersigned or to the undersigned at an address other than that shown in the box titled "Description of Shares Tendered" above.

Deliver:   Check(s) and/or   Share Certificates to:

Name: _____
(Please Print)

Address: _____

_____

_____
(Include Zip Code)

### IMPORTANT—SIGN HERE
(U.S. Holders Please Also Complete the Enclosed IRS Form W-9)
(Non-U.S. Holders Please Obtain and Complete IRS Form W-8BEN or Other Applicable IRS Form W-8)

_____
(Signature(s) of Stockholder(s))

Dated: _____, 2010/2011

(Must be signed by registered owner(s) exactly as name(s) appear(s) on Share Certificate(s) or on a security position listing or by person(s) authorized to become registered owner(s) by certificates and documents transmitted herewith. If signature is by trustees, executors, administrators, guardians, attorneys-in-fact, officers of corporations or others acting in a fiduciary or representative capacity, please set forth full title and see Instruction 5. For information concerning signature guarantees, see Instruction 1.)

Name(s): _____
(Please Print)

Capacity (full title): _____

Address: _____

_____
(Include Zip Code)

Area Code and Telephone Number: _____

Tax Identification or
Social Security No.: _____

AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC
PO BOX 2042
NEW YORK NY 10272-2042

XCELERA, INC.