# EXHIBIT B

Search                    Corporate & Shareholders



## Shareholder Services

y Services

w Materials Online

quest Paper Copies of Materials

te Your Online Proxy

st Online

Q's

w To Invest

Plans

Global Direct

orate Action Updates

ow All Companies

ow All Actions

nder Offers

ergers

verse Splits

ghts Offers

demptions

nversions

hers

eral Shareholder Information

ount Access

## CORPORATE ACTION DETAILS

## XCELERA INC

Click on link for offer below to view more detail.

If review of the information provided here does not answer a particular question or concern that you may have, please do not hesitate to contact our Shareholder Services Department via any of the means listed on the "Contact us" page (accessible from the upper toolbar).

## TENDER OFFER

TENDER OFFER - INFORMATION AGENT: THE COMPANY - REFER CALLS TO HANS EIRIK OLAV (HEOLAV@GMAIL.COM) OR CALL 011 4793412907

## Related Files (Click on link to open/download file)

## Historic Dividends

Home   Contact Us   Live Help   Privacy Policy   Terms & Conditions   FAQs

©2010 American Stock Transfer & Trust Company, LLC. Use of this website represents consent to the Terms and Cond