IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | |
| Defendants. | Dated: July 30, 2012 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I caused the PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS and the DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS along with Exhibits A-G to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I certify under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2012.

                                                                 /s/   Jeffrey S. Abraham
                                                                   Jeffrey S. Abraham