UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
: 
GLORIA STEGINSKY, Individually and On :
Behalf of All Others Similarly Situated, :
: 
: Case No.:
Plaintiff, : 3:12-cv-00188-SRU
: 
V. :
: 
XCELERA INC., OFC LTD, VBI :
CORPORATION, ALEXANDER M. VIK, :
GUSTAV M. VIK, and HANS ERK OLAV, :
: 
Defendants. : August 22, 2012
: 
_____

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of the undersigned as counsel in this case for the Defendant, **VBI Corporation**.

            DEFENDANT
            VBI CORPORATION

       By:    /s/ Charles W. Pieterse
            Charles W. Pieterse, ct01577
            Whitman Breed Abbott & Morgan LLC
            500 West Putnam Avenue
            Greenwich, CT 06830
            Tel: (203) 862-2332
            Fax: (203) 869-1951
            cpieterse@wbamct.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ Charles W. Pieterse
Charles W. Pieterse, ct01577
Whitman Breed Abbott & Morgan LLC
500 West Putnam Avenue
Greenwich, CT 06830
Tel:  (203) 862-2332
Fax:  (203) 869-1951
cpieterse@wbamct.com