## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, On Behalf of Herself And All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>XCELERA, INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, AND HANS ERIK OLAV,<br><br>                 Defendants. | Civil Action No. 3:12-CV-00188-SRU<br><br><br><br>August 22, 2012 |

### DEFENDANTS XCELERA, INC., VBI CORPORATION, ALEXANDER M. VIK AND GUSTAV M. VIK'S MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Xcelera, Inc., VBI Corporation, Alexander M. Vik and Gustav M. Vik (collectively "Defendants") hereby move, with the consent of counsel for Plaintiff, for a two-week extension of time from August 31, 2012 to September 14, 2012 to file and serve Defendants' reply papers to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss dated June 6, 2012. ("Motion to Dismiss").  Good cause exists for the Court to grant a two-week extension for the Defendants to file and serve their reply papers: the extension is necessary to accommodate the personal and professional commitments of Defendants' counsel.

This is Defendants' first request for an extension of time to respond to Plaintiff's Opposition Memorandum.  As noted, counsel for Defendants has conferred with counsel for Plaintiff who has consented to this extension.

Dated:  August 22, 2012

2

        **WHITMAN BREED ABBOTT**
        **& MORGAN LLC**
        By:\_\_\_/s/ Charles W. Pieterse, ct01577\_\_\_
            Charles W. Pieterse, ct01577
            Whitman Breed Abbott & Morgan, LLC
            500 West Putnam Avenue
            Greenwich, CT 06830
            Tel: (203) 862-2332
            Fax: (203) 869-1951
            cpieterse@wbamct.com

        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
            Peter J. Macdonald (admitted pro hac vice)
            David F. Olsky (admitted pro hac vice)
            Wilmer Cutler Pickering Hale and Dorr LLP
            399 Park Avenue
            New York, New York 10022
            Tel: (212) 230-8800
            Fax: (212) 230-8888
            *Attorneys for Defendants Xcelera, Inc., VBI Corp., Alexander M. Vik, and Gustav M. Vik.*

155042                                         2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                           By:    /s/ Charles W. Pieterse
                                   Charles W. Pieterse

155042                                 3