Hans Eirik Olav

Dagaliveien 18 F

0776 Oslo, Norway

Oslo, 24th august 2012

To: United States District Court - District of Connecticut

450 Main Street, Hartford, CT 06103, USA

To: Joseph P. Guglielmo

Scott & Scott

500 Fifth Avenue, 40th Floor, New York, NY 10110, USA

Copy: Statewide Legal Services of Connecticut, Inc.

425 Main Street, Middeltown, CT 06457-3309, USA

**Re.:   Case number 3:12-CV-00188-SRU**

I refer to summons received via Oslo Municipal Court, Norway (Oslo Tingrett).

I hereby reject Plaintiff's allegations in the abovementioned summons. I also reject the venue chosen by Plaintiff, among others based on the principles of forum non convenience.

I presently have no legal counsel, consequently limited knowledge of how I may properly defend myself against Plaintiff's allegations. As offered in the summons, I hereby kindly request some initial advice from Statewide Legal Services of Connecticut, if this is the proper place for such request, which please advice for my consideration.

Sincerely yours,

Hans Eirik Olav