UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, On Behalf of Herself And All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>XCELERA, INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, AND HANS ERIK OLAV,<br><br>  Defendants. | Civil Action No. 3:12-CV-00188-SRU<br><br><br><br><br><br><br><br>October 19, 2012 |

### MOTION ON CONSENT FOR CONTINUANCE OF ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS (DOCKET ENTRY #43)

Counsel for defendants Xcelera, Inc., VBI Corporation, Alexander M. Vik and Gustav M. Vik (collectively "Defendants") hereby move, with the consent of counsel for Plaintiff, for a continuance of the October 30, 2012 hearing date for oral argument on Defendants' Motion to Dismiss (Docket Entry #43), and respectfully request that the Court reschedule the hearing. Good cause exists for the Court to grant a continuance of the October 30th hearing date. Lead trial counsel for Defendants is also lead trial counsel in *In the Matter of Miguel Ferrer and Carlos J. Ortiz,* SEC Administrative Proceeding No. 3-14862, pending before Chief Judge Murray. Trial in the matter is ongoing, and Judge Murray has scheduled the conclusion of the trial for the dates October 29 through November 2, 2012 in Washington D.C.

Plaintiff's counsel has consented to the requested continuance. Both counsel have conferred concerning mutually agreeable dates and submit the following dates for the Court's consideration: November 15, November 20-21, December 6 and December 11-13, 2012.

This is Defendants' first request for a continuation of the hearing date.

Dated:  October 19, 2012

          **WHITMAN BREED ABBOTT & MORGAN LLC**

          By:___/s/ Charles W. Pieterse, ct01577___
                Charles W. Pieterse, ct01577
                Whitman Breed Abbott & Morgan, LLC
                500 West Putnam Avenue
                Greenwich, CT 06830
                Tel:  (203) 862-2332
                Fax: (203) 869-1951
                cpieterse@wbamct.com

          **WILMER CUTLER PICKERING HALE AND DORR LLP**

                Peter J. Macdonald (admitted pro hac vice)
                David F. Olsky (admitted pro hac vice)
                Wilmer Cutler Pickering Hale and Dorr LLP
                399 Park Avenue
                New York, New York 10022
                Tel: (212) 230-8800
                Fax: (212) 230-8888
                *Attorneys for Defendants Xcelera, Inc., VBI Corp., Alexander M. Vik, and Gustav M. Vik.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:   /s/ Charles W. Pieterse
Charles W. Pieterse

156828                                3