UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

O R D E R

Having considered all motions for appointment as Lead Plaintiff in the above-captioned action, and with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Having considered the application by plaintiff Gloria Steginsky seeking appointment as Lead Plaintiff and approval of her selection of Lead Counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), and for good cause shown, the Court hereby enters the following Order:

1. This Order shall apply to any related actions subsequently filed in or transferred to the United States District Court, District of Connecticut. Any such subsequently filed related actions shall be automatically consolidated into this action. A party that objects to such consolidation, or to any provision of this Order, must file an application for relief from this Order within ten (10) days after the date on which a copy of this Order is mailed to the party's counsel.

2. The Court hereby finds that plaintiff Gloria Steginsky is the "most adequate plaintiff" and that she satisfies the requirements of Section 21D of the Exchange Act. The Court hereby **APPOINTS** Gloria Steginsky as Lead Plaintiff in the Action.

3. The Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, has selected the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel. This Court **APPROVES** the selection, and hereby **APPOINTS** Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel.

**IT IS SO ORDERD.**

DATED: 11/2/12

/S/
Stefan R. Underhill
United States District Judge