UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

## DEFENDANTS XCELERA, INC., VBI CORPORATION, ALEXANDER M. VIK AND GUSTAV M. VIK'S RENEWED MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendants Xcelera, Inc., VBI Corporation, Alexander M. Vik and Gustav M. Vik (collectively the "Xcelera Defendants") hereby move for partial dismissal, with prejudice, of the counts asserted against them. In support of their Motion, the Defendants submit herewith a Memorandum of Law (the "Memorandum") and the signed Declaration of David Zetlin-Jones.

As described in detail in the accompanying Memorandum: (1) Plaintiff has failed to plead an insider trading violation under Section 10(b) (15 U.S.C. § 78j(b)) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 (17 C.F.R. § 240.10b-5) thereunder as to transactions other than the tender offer into which she sold her shares; (2) Plaintiff has failed to plead entirely her claims asserted under Exchange Act Section 20A (15 U.S.C. § 78t-1); and (3) Plaintiff has failed to plead entirely her non-federal claims for breach of fiduciary duty.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, the Defendants respectfully move the Court for an Order dismissing with prejudice (1) Plaintiff's insider trading claims asserted under Section 10(b) and Rule 10b-5 thereunder, to the extent they are based on transactions other than the tender offer into which Plaintiff sold her shares; (2) Plaintiff's claims for violations of Section 20A in their entirety; and (3) Plaintiff's claims for common law breach of fiduciary duty in their entirety.

Dated: May 21, 2014

Respectfully submitted,

/s/ Peter J. Macdonald

Peter J. Macdonald, phv01529
David Zetlin-Jones, phv06627
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
peter.macdonald@wilmerhale.com
david.zetlin-jones@wilmerhale.com

Charles W. Pieterse, Esq., ct01577
**WHITMAN BREEN ABBOTT
   & MORGAN LLC**
500 West Putnam Ave.
Greenwich, Connecticut 06830
Telephone: (203) 862-2332
Facsimile: (203) 869-1951
cpieterse@wbamct.com

*Attorneys for Defendants Xcelera, Inc., VBI Corp. Alexander M. Vik, and Gustav M. Vik*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21st, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to the parties listed below who were unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway | OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta |
|---|---|

By: /s/ Peter J. Macdonald
Peter J. Macdonald, phv01529