UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

**DECLARATION OF DAVID ZETLIN-JONES IN SUPPORT OF THE
XCELERA DEFENDANTS' RENEWED MOTION TO DISMISS**

I, David Zetlin-Jones, declare as follows:

1. I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Xcelera, Inc., VBI Corporation, Alexander M. Vik, and Gustav M. Vik (together, the "Xcelera Defendants"). I submit this Declaration in support of the Xcelera Defendants' Renewed Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated April 14, 2014 from Jeffrey Abraham, counsel for Plaintiff, setting forth the scope of the class Plaintiff intends to move to certify in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff-Appellant's brief, filed June 7, 2013 in the matter captioned *Steginsky v. Xcelera, Inc.*, No. 13-1327 (2d Cir.).

Signed under penalty of perjury this 21st day of May, 2014.

David Zetlin-Jones

## CERTIFICATE OF SERVICE

I hereby certify that on May 21st, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to the parties listed below who were unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway | OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta |

By: /s/ Peter J. Macdonald
Peter J. Macdonald, phv01529