# Exhibit A



ABRAHAM, FRUCHTER & TWERSKY, LLP

April 14, 2014

Peter J. Macdonald, Esq.
Wilmer Hale LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

      Re:    *Steginsky v. Xcelera, Inc., et al.*, No. 3:12cv188 (SRU) (D. Conn.)

Dear Peter:

      At the Status Conference which the Court held on Monday, March 31, 2014, Judge Underhill stated that Plaintiff should communicate with Defendants' counsel concerning the scope of the expected motion for class certification which Plaintiff intends to file. This letter is intended to comply with the Court's instruction.

      Plaintiff currently intends to move for class certification on behalf of a class consisting of persons who sold Xcelera stock to any of the Defendants during the time that any of the currently alleged claims are timely. The Complaint was filed on February 6, 2012 making Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") claims for any person selling on or after February 7, 2010 timely and breach of fiduciary duty claims for any person selling on or after February 7, 2009 timely as well. Plaintiff also intends to include within the class definition claims arising under Section 20A(a) of the Exchange Act as alleged in the Complaint

      If you have any questions or wish to discuss this matter further, please do not hesitate to contact me though I expect to be out of the office through and including April 23rd for Passover vacation. I hope all is well.

                                                                 Sincerely yours,

                                                                 Jeffrey S. Abraham

cc:    Deborah Clark-Weintraub, Esq.