UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

**JOINT MOTION TO EXTEND
THE DEADLINE FOR CLASS CERTIFICATION DISCOVERY**

Defendants Xcelera Inc., VBI Corporation, Alexander M. Vik, and Gustav M. Vik, (together the "Xcelera Defendants") and Plaintiff Gloria Steginsky, by and through their respective attorneys, hereby respectfully request that this Court issue an Order extending the deadline for class certification in this matter forty-five (45) days from June 30, 2014 to August 15, 2014.  The requested extension will not affect any other dates set in this case.  The parties have conferred and jointly request this extension, in support of which they state as follows:

1. In its Conference Memorandum and Order (Dkt. No. 94), this Court set the date of June 30, 2014 as the deadline for the parties to conclude class certification discovery.

2. Document discovery on class certification issues has begun and is ongoing, and is expected to be completed shortly.

3. As discovery in this matter has proceeded, Plaintiff and the Xcelera Defendants agreed that they would postpone the noticed deposition of named plaintiff, Gloria Steginsky,

because Ms. Steginsky is scheduled for surgery in mid-June and unable to travel to New York for her deposition during her recovery period.  The parties accordingly request a forty-five (45) day extension of the class discovery cut-off date to allow for her deposition within the time allowed for certification discovery.

4. The requested extension of the class certification discovery deadline will not affect any remaining deadlines in this matter.  Plaintiff's Opposition to the Xcelera Defendants' renewed motion to dismiss is due June 20, 2014, Defendant's reply is due 21 days thereafter (July 11, 2014) , and oral argument on the motion (if any) has not been scheduled.  Under the Court's Conference Memorandum and Order (Dkt. No. 94), Plaintiff's Motion for Class Certification is due 14 days following resolution of that motion.  The requested extension would therefore not impact that deadline, or any other deadlines, and would assure the completion of discovery on certification issues before Plaintiff's Motion for Certification is filed.

**WHEREFORE**, the Xcelera Defendants and Plaintiff respectfully move this Court to issue an order extending the certification discovery deadline to August 15, 2014.

Dated:  June 13, 2014

Jointly Submitted,

| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **ABRAHAM, FRUCHTER & TWERSKY, LLP** |
|---|---|
| /s/ Peter J. Macdonald | /s/ Jeffrey S. Abraham |
| Peter J. Macdonald, phv01529 | Jeffrey S. Abraham (*pro hac vice*) |
| J. David Zetlin-Jones, phv06627 | Philip T. Taylor *(pro hac vice)* |
| 7 World Trade Center | One Penn Plaza, Suite 2805 |
| New York, NY  10007 | New York, NY  10119 |
| Telephone:  (212) 230-8800 | Telephone:  (212) 279-5050 |
| Facsimile:  (212) 230-8888 | Facsimile:  (212) 279-3655 |
| peter.macdonald@wilmerhale.com | |
| david.zetlin-jones@wilmerhale.com | |

| WHITMAN BREED ABBOTT & MORGAN LLC | SCOTT + SCOTT LLP ATTORNEYS AT LAW |
|---|---|
| Charles W. Pieterse, Esq., ct01577<br>500 West Putnam Ave.<br>Greenwich, Connecticut  06830<br>Telephone:  (203) 862-2332<br>Facsimile:  (203) 869-1951<br>cpieterse@wbamct.com | Erin Green Comite<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT  06415<br>Telephone:  (860) 537-5537<br>Facsimile:  (860) 537-4432<br>ecomite@scott-scott.com |
| *Attorneys for Defendant Alexander M. Vik, Gustav Vik, VBI Corporation and Xcelera Inc.* | *Plaintiff's Counsel* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, a copy of the attached was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ J. David Zetlin-Jones
J. David Zetlin-Jones
