

ABRAHAM, FRUCHTER & TWERSKY, LLP

August 4, 2014

**By E-Mail and Federal Express**

The Honorable Stefan R. Underhill
United States District Judge
United States District Court
for the District of Connecticut
915 Lafayette Boulevard, Suite 411
Bridgeport, Connecticut 06604

   Re: *Steginsky v. Xcelera Inc., et al.*, No. 12 Civ. 188 (SRU) (D. Conn.)

Dear Judge Underhill:

  My law firm represents Plaintiff in the above-entitled matter. We are submitting this joint-submission on behalf of the parties pursuant to Your Honor's Pretrial Preferences for Resolution by Conference Call. A telephone conference has been scheduled for August 6, 2014 at 11:30 a.m. to address the parties' discovery disputes discussed below.

  The parties have exchanged numerous correspondences which are attached as exhibits hereto and have met and conferred in a good faith effort to resolve the discovery disputes without success. In an effort to give Your Honor notice of the issues to be addressed on August 6th, the parties are attaching the relevant letters and documents to this joint submission:

   **Discovery Requests and Responses**

- Exhibit A: Plaintiff's First Request for the Production of Documents and Things to All Defendants

- Exhibit B: The Xcelera Defendants' Responses and Objections to Plaintiff Gloria Steginsky's First Request for the Production of Documents and Things

- Exhibit C: The Xcelera Defendants' First Set of Requests for the Production of Documents and Things to Plaintiff Gloria Steginsky

- Exhibit D: Plaintiff's Response to the Xcelera Defendants' First Set of Requests for the Production of Documents and Things

---



Hon. Stefan R. Underhill
August 4, 2014
Page 2

### Letters Concerning Account Statement Dispute

- Exhibit E:  July 17, 2014 letter from Defendants to Plaintiff

- Exhibit F:  July 21, 2014 letter from Plaintiff to Defendants

- Exhibit G:  July 23, 2014 letter from Defendants to Plaintiff

- Exhibit H:  July 24, 2014 letter from Plaintiff to Defendants

### Letters Concerning Merits and Class Discovery Dispute

- Exhibit I:  July 23, 2014 letter from Plaintiff to Defendants

- Exhibit J:  July 29, 2014 letter from Defendants to Plaintiff

- Exhibit K:  August 1, 2014 letter from Plaintiff to Defendants

**Plaintiff's Discovery Issues**:

As discussed in greater detail in the various letters attached hereto, Plaintiff requests that Defendants be compelled to: (i) produce documents giving a true and fair view of Xcelera's affairs, including those that are required to be kept pursuant to Cayman Islands law; (ii) produce documents responsive to Plaintiff's requests concerning the relationship between the Vik Defendants and defendant OFC Ltd. ("OFC"); and (iii) produce documents and communications demonstrating the number of shares purchased by Defendants before and after the Tender Offer which are relevant in determining the scope of the class and the relationship between the Vik Defendants and OFC.  Additionally, Defendants should be barred from seeking any further discovery of Plaintiff's investments as unduly cumulative, irrelevant and harassing.

**Defendants' Discovery Issues**:

The Xcelera Defendants requested documents from Plaintiff reflecting Plaintiff's Xcelera stock holdings and transactions.  In response, Plaintiff provided 13 pages consisting of selected portions of her brokerage account statement for the month of January 2006, and portions of her brokerage account statements for the months of December 2010 through April 2011.  The Xcelera Defendants contend that the remainder of the account statements, in full, for at least the class period alleged are responsive to their requests and discoverable.  Plaintiff contends that these account statements are not discoverable because they are not relevant to any claim or defense in this action.  The Xcelera Defendants' document request and Plaintiff's response are included at Exhibits C-D of the enclosed appendix.  The parties' correspondence setting forth the parties' positions with respect to the account statement production is located at Exhibits E-H of the enclosed appendix.  Additionally, as detailed further in the correspondence at Exhibit J, the Xcelera Defendants submit that the information sought by Plaintiff is irrelevant, unduly

Hon. Stefan R. Underhill
August 4, 2014
Page 3

burdensome to obtain, and outside the scope of allowable early discovery set forth in the Court's Conference Memoranda and Orders.

\*   \*   \*

Respectfully,

Philip T. Taylor

cc:     Peter J. Macdonald, Esq. (by e-mail)
        David Zetlin-Jones, Esq. (by e-mail)