UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>             Defendants. | Case No. 3:12-cv-00188-SRU |

**JOINT MOTION TO EXTEND
THE DEADLINE FOR CLASS CERTIFICATION DISCOVERY
AND PLAINTIFF'S CLASS CERTIFICATION MOTION**

Defendants Xcelera Inc., VBI Corporation, Alexander M. Vik, and Gustav M. Vik, (together the "Xcelera Defendants") and Plaintiff Gloria Steginsky, by and through their respective attorneys, hereby respectfully request that this Court issue an Order: (i) extending the deadline for class certification in this matter sixty (60) days from August 15, 2014 to October 15, 2014; and (ii) modifying the filing date of Plaintiff's Motion for Class Certification to the later of: (a) fourteen (14) days after the Court's ruling on Defendants' motion to dismiss or (b) October 29, 2014.  The parties have conferred and jointly request this extension and modification, in support of which they state as follows:

1.     The current deadline for the completion of class certification discovery is August 15, 2014.  *See* Dkt. No. 107.

2.     In its Conference Memorandum and Order dated August 8, 2014 (the "August 8 Order") (Dkt. No. 115), this Court ordered Plaintiff to produce complete and un-redacted copies

of documents containing information about Plaintiff's holdings of and transactions in Xcelera stock.  This Court held that that such documents were relevant to class discovery and ordered them produced in advance of Plaintiff's deposition.  *See id.*

3.   Plaintiff has produced the un-redacted brokerage account statements in her possession relating to Plaintiff's holdings and transactions in Xcelera stock.

4.   Plaintiff has contacted the UBS brokerage firm in an effort to obtain brokerage account statements no longer in her possession for accounts which have been inactive since 2006 and is in the process of attempting to obtain those documents, if any, for the sole purpose of producing them in connection with the discovery ordered in this case.

5.   Prior to the August 8 Order, Plaintiff's deposition had been scheduled for August 12, 2014.  At Plaintiff's request, her deposition was conducted on that date.  The parties agreed that the deposition could be re-opened and continued, if necessary, consistent with the other limitations provided in Rule 30 of the Federal Rules of Civil Procedure, following completion of the production of documents required by this Court's August 8 Order.  Plaintiff reserves the right to object to the deposition being re-opened.

6.   The parties accordingly request a sixty day (60) day extension of the class discovery cut-off date to allow for the production of UBS account statements, if any, and any continuation of Plaintiff's deposition (if necessary) to be completed within the time allowed for certification discovery.

7. Plaintiff agrees to an extension of the class discovery deadline for the limited purposes of obtaining UBS account statements, if any, and re-opening Plaintiff's deposition limited solely to issues relating to the UBS account statements, if necessary.

8. The Xcelera Defendants' renewed motion to dismiss is still pending, and oral argument on that motion is scheduled for September 4, 2014.  Under the Court's Conference Memorandum and Order dated April 2, 2014, Plaintiff's Motion for Class Certification is due fourteen (14) days following resolution of that motion.  To the extent the Court should decide Defendants' motion to dismiss before the close of class discovery, the parties request a modification providing that Plaintiff's Motion for Class Certification be filed on the later of: (a) fourteen (14) days following the Court's ruling on Defendants' motion to dismiss; or (b) October 29, 2014.

**WHEREFORE**, the Xcelera Defendants and Plaintiff respectfully move this Court to issue an order: (i) extending the certification discovery deadline to October 15, 2014; and (ii) modifying the date on which Plaintiff is to file the Motion for Class Certification to the later of: (a) fourteen (14) days following the Court's ruling on Defendants' motion to dismiss; or (b) October 29, 2014.

Dated:  August 14, 2014

|  | Jointly Submitted, |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **ABRAHAM, FRUCHTER & TWERSKY, LLP** |
| /s/ Peter J. Macdonald | /s/ Philip T. Taylor |
| Peter J. Macdonald, phv01529<br>J. David Zetlin-Jones, phv06627<br>7 World Trade Center<br>New York, NY  10007<br>Telephone:  (212) 230-8800<br>Facsimile:  (212) 230-8888<br>peter.macdonald@wilmerhale.com<br>david.zetlin-jones@wilmerhale.com | Jeffrey S. Abraham (*pro hac vice*)<br>Philip T. Taylor *(pro hac vice)*<br>One Penn Plaza, Suite 2805<br>New York, NY  10119<br>Telephone:  (212) 279-5050<br>Facsimile:  (212) 279-3655<br>jabraham@aftlaw.com<br>ptaylor@aftlaw.com |
| **WHITMAN BREED ABBOTT & MORGAN LLC** | **SCOTT + SCOTT LLP ATTORNEYS AT LAW** |
| Charles W. Pieterse, Esq., ct01577<br>500 West Putnam Ave.<br>Greenwich, Connecticut  06830<br>Telephone:  (203) 862-2332<br>Facsimile:  (203) 869-1951<br>cpieterse@wbamct.com | Erin Green Comite<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT  06415<br>Telephone:  (860) 537-5537<br>Facsimile:  (860) 537-4432<br>ecomite@scott-scott.com |
| *Attorneys for Defendant Alexander M. Vik, Gustav Vik, VBI Corporation and Xcelera Inc.* | *Plaintiff's Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, a copy of the attached was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ J. David Zetlin-Jones
J. David Zetlin-Jones