UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

**STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR PLEADINGS AND CLASS CERTIFICATION BRIEFING**

Defendants Xcelera Inc., VBI Corporation, Alexander M. Vik, and Gustav M. Vik, (together the "Xcelera Defendants") and Plaintiff Gloria Steginsky, by and through their respective attorneys, hereby respectfully request that this Court issue an Order setting the dates for the filing and service of: (i) Plaintiff's Amended Class Action Complaint on or before October 10, 2014; and (ii) the Xcelera Defendants Answer on or before November 10, 2014. The parties additionally request the following briefing schedule with respect to Plaintiff's Motion for Class Certification: (i) Plaintiff's motion and opening brief to be filed and served on or before October 29, 2014; (ii) the Xcelera Defendants' responsive brief to be filed and served on or before November 19, 2014; and (iii) Plaintiff's reply brief to be filed and served on or before December 10, 2014.

WHEREAS on September 4, 2014 the parties participated in a hearing on the Xcelera Defendants' renewed motion to dismiss the complaint during which the Court instructed Plaintiff

- 2 -

to amend the complaint to conform the ruling of the Second Circuit and the Court's bench ruling that same day;

WHEREAS on September 30, 2014, Plaintiff sent a copy of the Amended Class Action Complaint (attached hereto as Exhibit A) and a redline version (attached hereto as Exhibit B) comparing it to the Class Action Complaint filed on February 6, 2012;

WHEREAS the parties have conferred and have agreed that Plaintiff's Amended Class Action Complaint shall be served and filed on or before October 10, 2014 and that the Xcelera Defendant's Answer shall be filed and served on or before November 10, 2014;

WHEREAS the parties have conferred and have agreed that Plaintiff's opening brief in support of her Motion for Class Certification shall be filed and served on or before October 29, 2014, the Xcelera Defendants' responsive brief shall be filed and served on or before November 19, 2014 and Plaintiff's reply brief shall be filed and served on or before December 10, 2014:

NOW THEREFORE, Plaintiff and the Xcelera Defendants hereby stipulate and agree as follows:

1.  Plaintiff shall file and serve upon Defendants the Amended Class Action Complaint on or before October 10, 2014;

2.  The Xcelera Defendants shall file and serve upon Plaintiff their Answer on or before November 10, 2014;

3.  Plaintiff shall file and serve upon Defendants her Motion for Class Certification and opening brief in support thereof on or before October 29, 2014;

4. The Xcelera Defendants shall file and serve upon Plaintiff their brief in response to Plaintiff's Motion for Class Certification on or before November 19, 2014;

5. Plaintiff shall file and serve upon Defendants her reply brief in further support of her Motion for Class Certification on or before December 10, 2014; and

6. Nothing in this stipulation amends or modifies the prior scheduling order related to the deadline for class certification discovery (Dkt. No. 117).

Dated: October 9, 2014

    Jointly Submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Peter J. Macdonald
Peter J. Macdonald, phv01529
J. David Zetlin-Jones, phv06627
7 World Trade Center
New York, NY  10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
peter.macdonald@wilmerhale.com
david.zetlin-jones@wilmerhale.com

**WHITMAN BREED ABBOTT & MORGAN LLC**

Charles W. Pieterse, Esq., ct01577
500 West Putnam Ave.
Greenwich, Connecticut  06830
Telephone:  (203) 862-2332
Facsimile:  (203) 869-1951
cpieterse@wbamct.com

*Attorneys for Defendant Alexander M. Vik, Gustav Vik, VBI Corporation and Xcelera Inc.*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/ Philip T. Taylor
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY  10119
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT + SCOTT LLP ATTORNEYS AT LAW**

Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

*Plaintiff's Counsel*

SO ORDERED:


_____U.S.D.J.      DATED:_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2014, I caused the STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR PLEADINGS AND CLASS CERTIFICATION BRIEFING to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on October 9, 2014.

/s/ Philip T. Taylor
Philip T. Taylor