UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | |
| Defendants. | Dated: October 29, 2014 |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Gloria Steginsky ("Plaintiff"), by her undersigned counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 23 for an Order: (i) certifying a class consisting of all shareholders of Xcelera Inc. ("Xcelera" or the "Company") who sold Xcelera stock into a Tender Offer commenced on or about December 17, 2010, or in the alternative, a class consisting of all persons who sold Xcelera Stock to any of the Defendants on or after February 6, 2007 (the "Class"), excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which the Defendants have or had a controlling interest; (ii) appointing Plaintiff as the Class representative; and (iii) appointing Lead Counsel Abraham, Fruchter & Twersky, LLP as Class Counsel. In support of this Motion, Plaintiff submits herewith a Memorandum of Law and Declaration of Philip T. Taylor.

**ORAL ARGUMENT REQUESTED**

- 2 -

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

/s/  Philip T. Taylor
Jeffrey S. Abraham, *pro hac vice*
Mark S. Hamill, *pro hac vice*
Philip T. Taylor, *pro hac vice*
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
mhamill@aftlaw.com
ptaylor@aftlaw.com

**SCOTT+SCOTT LLP**
**ATTORNEYS AT LAW**
Erin Green Comite (ct24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2014, I caused the PLAINTIFF'S MOTION FOR CLASS CERTIFICATION to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on October 29, 2014.

                                                   /s/ Philip T. Taylor
                                                  Philip T. Taylor