IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | |
| Defendants. | Dated: December 8, 2014 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiff Gloria Steginsky ("Plaintiff"), by her undersigned counsel, hereby moves this Court, on consent of defendants Xcelera Inc., VBI Corp., Alexander M. Vik and Gustav M. Vik (the "Defendants"), for entry of an Order extending Plaintiff's time to file her brief in reply to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification ("Defendants' Class Certification Opposition"). Plaintiff has vigorously prosecuted this action and respectfully submits that for the following reasons good cause exists for the Court to grant the requested relief:

1.	On October 9, 2014, the parties filed a stipulation and proposed order regarding the schedule for pleadings and class certification briefing setting the dates for the filing and service of: (1) Plaintiff's motion for class certification on or before October 29, 2014; (2) Defendants' Class Certification Opposition on or before November 19, 2014; and (3) Plaintiff's reply on or before December 10, 2014.

2.	On October 29, 2014, Plaintiff filed a motion for class certification along with

- 2 -

supporting documents.

3. On November 19, 2014, Defendants' Class Certification Opposition was filed along with supporting documents.

4. To properly respond to all arguments made in the Defendants' Class Certification Opposition, Plaintiff respectfully requests a seven (7) day extension of time to file her reply papers through and including December 17, 2014.

5. This is Plaintiff's first request for an extension of time to file her reply to Defendants' Class Certification Opposition.

6. Plaintiff has consulted with counsel for the Defendants, and counsel does not object to the granting of this motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an extension of time to file her reply to the Defendants' Class Certification Opposition through and including December 17, 2014.

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

  /s/  Philip T. Taylor
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

- 3 -

                                  **SCOTT + SCOTT LLP**
                                  **ATTORNEYS AT LAW**
Erin Green Comite (ct24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 432
ecomite@scott-scott.com

**Plaintiff's Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2014, I caused the MOTION ON CONSENT FOR EXTENSION OF TIME to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on December 8, 2014.

                                                /s/  Philip T. Taylor
                                                   Philip T. Taylor