IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:12-cv-00188-SRU |
| Plaintiff, | |
| vs. | |
| XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | Dated: December 17, 2014 |
| Defendants. | |

### REPLY DECLARATION OF PHILIP T. TAYLOR

I, Philip T. Taylor, declare:

1.　I am a member of the Bar of the State of New York, have been admitted to this Court *pro hac vice* with respect to the above-captioned action and am an associate at Abraham, Fruchter & Twersky, LLP, counsel for Plaintiff Gloria Steginsky ("Plaintiff") in the above-captioned action. I respectfully submit this declaration in further support of Plaintiff's motion for class certification and appointment as class representative.

2.　Attached hereto as Exhibit N, is a true and correct copy of excerpts from Plaintiff's deposition held on August 12, 2014.

3.　Attached hereto as Exhibit O, is a true and correct copy of excerpts from the Brief for Defendants-Appellees-Cross-Appellants filed by Defendants on appeal in this action.

4.　Attached hereto as Exhibit P, is a true and correct copy of a letter dated August 29, 2014 sent by Abraham, Fruchter & Twersky, LLP to Defendants' counsel at Wilmer Cutler Pickering Hale and Dorr LLP.

5. Attached hereto as Exhibit Q, is a true and correct copy of excerpts of the oral argument before this Court on September 4, 2014 with respect to Defendants' renewed motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2014
New York, New York

/s/ Philip T. Taylor
Philip T. Taylor

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2014, I caused the REPLY DECLARATION OF PHILIP T. TAYLOR to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |

I certify under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2014.

                                                      /s/ Philip T. Taylor
                                                       Philip T. Taylor