UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

## STIPULATION AND [PROPOSED] ORDER OF FINAL JUDGMENT

Plaintiff Gloria Steginsky ("Plaintiff") and Defendants Xcelera Inc., Alexander M. Vik, Gustav M. Vik, and VBI Corporation (the "Xcelera Defendants") (together, the "Parties"), by and through their undersigned attorneys, respectfully request the entry of a stipulated judgment in the proposed form attached hereto as Exhibit A (the "Stipulated Judgment"), which will be the Court's final judgment in this matter.

In support, the Parties stipulate as follows:

1. Based upon the reasoning and findings supporting this Court's March 15, 2015 Decision and Order denying Plaintiff's Motion for Class Certification (Dkt. No. 139), Plaintiff has concluded that the Court has effectively concluded that Plaintiff's claim would be dismissed by the Court in the event Defendants were to make a motion for summary judgment.

2. To save the time and expense of briefing a Motion for Summary Judgment, and to expedite resolution of this matter, the Parties stipulate to entry of judgment dismissing the action with prejudice without any prejudice to the rights of any of the parties with respect to any future appeals or proceedings allowed by law.

It is so stipulated and agreed:

Dated: May 12, 2015                                   Dated: May 12, 2015

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**

/s/ Peter J. Macdonald, Esq.
Peter J. Macdonald
250 Greenwich Street – 7 WTC
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
peter.macdonald@wilmerhale.com

**ABRAHAM, FRUCHTER
   & TWERSKY, LLP**

/s/ Jeffery S. Abraham
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor *(pro hac vice)*
One Penn Plaza, Suite 2805
New York, NY  10119
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**WHITMAN BREED ABBOTT
   & MORGAN LLC**

Charles W. Pieterse, Esq., ct01577
500 West Putnam Ave.
Greenwich, Connecticut 06830
Telephone: (203) 862-2332
Facsimile: (203) 869-1951
cpieterse@wbamct.com

**SCOTT + SCOTT LLP**

Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

*Attorneys for Defendant Alexander M. Vik,
Gustav Vik, VBI Corporation and Xcelera Inc.*

*Plaintiff's Counsel*

2

# EXHIBIT A

Case 3:12-cv-00188-SRU   Document 142   Filed 05/12/15   Page 3 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD., VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU |

**[PROPOSED] STIPULATED FINAL JUDGMENT**

Pursuant to the Parties' Stipulation and Proposed Order of Final Judgment, it is hereby ADJUDGED and ORDERED that:

1. Judgment is entered in favor of Defendants and all claims against Defendants are hereby dismissed with prejudice.

2. Nothing contained herein shall preclude or waive any of the Parties' rights to any future appeals or proceedings allowed by law.

SO ORDERED:

_____ U.S.D.J.        Dated:_____