UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV,<br><br>Defendants. | Case No. 3:12-cv-00188-SRU<br><br><br><br><br><br><br><br><br>Dated: June 11, 2015 |

## NOTICE OF APPEAL

NOTICE is hereby given that GLORIA STEGINSKY, Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from: (i) the September 4, 2014 ruling of the Honorable Stefan R. Underhill denying Plaintiff's motion for default judgement and granting in part Defendants' renewed motion to dismiss (attached hereto as Exhibit A); (ii) the Ruling on Motion to Certify Class (attached hereto as Exhibit B) entered on March 10, 2015, by which the Honorable Stefan R. Underhill denied Plaintiff's motion for class certification; and (iii) the Stipulated Final Judgment (attached hereto as Exhibit C) entered on May 15, 2015.

**ABRAHAM, FRUCHTER
 & TWERSKY, LLP**


*/s/ Jeffrey S. Abraham*
Jeffrey S. Abraham (*pro hac vice*)
Philip T. Taylor (*pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
jabraham@aftlaw.com
ptaylor@aftlaw.com

**SCOTT+SCOTT,
 ATTORNEYS AT LAW, LLP**
Erin Green Comite (CT 24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537- 4432
ecomite@scott-scott.com

**Plaintiff's Counsel**

To:

Charles W. Pieterse, Esq. (CT 01577)
**WHITMAN BREED ABBOTT
 & MORGAN LLC**
500 West Putnam Ave.
Greenwich, Connecticut 06830
Telephone: (203) 862-2332
Facsimile: (203) 869-1951
cpieterse@wbamct.com

- 3 -

Peter J. Macdonald, Esq.
David F. Olsky, Esq.
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

**Attorneys for Defendants Xcelera, Inc., VBI Corp.,
Alexander M. Vik and Gustav M. Vik**

OFC Ltd.
c/o Mercury Management Limited
13 Curate Fenech Street
Birzebbugia, BBG2032
Malta

Hans Eirik Olav
Dagaliveien 18 F
0776 Oslo
Norway

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, I caused the NOTICE OF APPEAL to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing documents or papers to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the manual Notice List.

I hereby certify that I also caused the foregoing documents or papers to be served via United States Postal service upon the following persons:

| | |
|---|---|
| OFC Ltd.<br>c/o Mercury Management Limited<br>13 Curate Fenech Street<br>Birzebbugia, BBG2032<br>Malta | Hans Eirik Olav<br>Dagaliveien 18 F<br>0776 Oslo<br>Norway |

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on June 11, 2015.

                                                  /s/   Jeffrey S. Abraham
                                                      Jeffrey S. Abraham