# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA STEGINSKY, Individually and On Behalf of All Others Similarly Situated, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : Case No. 3:12-cv-00188-SRU |
| vs. | : <br> : |
| XCELERA INC., OFC LTD.,VBI CORPORATION, ALEXANDER M. VIK, GUSTAV M. VIK, and HANS EIRIK OLAV, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## STIPULATED FINAL JUDGMENT

Pursuant to the Parties' Stipulation and Proposed Order of Final Judgment, it is hereby

ADJUDGED and ORDERED that:

1.      Judgment is entered in favor of Defendants and all claims against Defendants are

hereby dismissed with prejudice.

2.      Nothing contained herein shall preclude or waive any of the Parties' rights to any

future appeals or proceedings allowed by law.


It is so ordered.

Dated at Bridgeport, Connecticut, this 13th day of May 2015.


/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge